# EXHIBIT A

DocuSign Envelope ID: 88471792-003F-4005-888C-4C2F2AF5BA9C



*Insurance Service Center for:*
**American General Life Insurance Company**

August 16, 2022

| | |
|---|---|
| Contract Number: | UM0039913L |
| Insured: | MEYER MAGID |

I, _____Bethany Prevost_____, am familiar with the type of documents and records received, created, and relied upon by American General Life Insurance Company in the ordinary course of its business.

The Documents and Records provided include the following:

**Copy of Certified Specimen Policy UM0039913L.**

I further certify that:

(1) Such records were made at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;
(2) Such records were kept in the ordinary course of a regularly conducted business activity;
(3) The business activity made such records as a regular practice; and
(4) Because there is only one original of this Policy, which was delivered to the Policyholder and/or his agent at the time of issuance, the specimen policy attached hereto is a reasonable duplication of the original policy as issued.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*DocuSigned by:*
*Bethany Prevost*        8/17/2022 | 1:50 PM CDT
7B8542D10B3648D...
_____

Bethany Prevost
Associate Director
2929 Allen Parkway
Houston, TX 77019

06522088.1

**American General Life Insurance Company**
A member of American International Group, Inc (AIG)
PO Box 818100 ● Cleveland, OH 44181 ● 1.844.452.3832 ● Fax 855.601.1834



11/9/0 59:52A
537060000854

UM0039913L

MIKE MAGID IRREVOCABLE TRUST

POMPANO BEACH FL  33069

CHRISTOPHER C FEERY

HAINESPORT NJ 08036-2742



*Platinum Provider ultra G 2003*

# AMERICAN GENERAL LIFE
## Insurance Company
### A Stock Company

Home Office:
Houston, Texas

2727–A Allen Parkway
P. O. Box 1931
Houston, Texas  77251

(713) 522-1111

**POLICY NUMBER:** UM0039913L

**WE WILL PAY THE DEATH BENEFIT PROCEEDS** to the Beneficiary if the Insured dies prior to the Maturity Date and while this policy is in force. Payment will be made after We receive due proof of the Insured's death, and will be subject to the terms of this policy.

**WE WILL PAY THE CASH SURRENDER VALUE** of this policy to the Owner on the Maturity Date if the Insured is living on that date.

The consideration for this contract is the application and payment of the first premium. The first premium must be paid on or before delivery of this policy.

This is a FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE POLICY. Adjustable Death Benefit is payable upon the Insured's death prior to the Maturity Date. Premium payments are flexible and payable to the Maturity Date. ACCUMULATION VALUES and CASH VALUES are flexible and will be based on the amount and frequency of premiums paid, and the amount of interest credited. Policy contains a current interest bonus. NONPARTICIPATING- NOT ELIGIBLE FOR DIVIDENDS.

### NOTICE OF TWENTY DAY RIGHT TO EXAMINE POLICY

**You may return this policy within twenty days after delivery if You are not satisfied with it for any reason. The policy may be returned to Us or to the agent through whom it was purchased. Upon surrender of the policy within the twenty day period, it will be void from the beginning, and We will refund any  premium paid.**

SIGNED AT THE HOME OFFICE ON THE DATE OF ISSUE.

*Elizabeth R. Tuck*  SPECIMEN
Secretary

SPECIMEN
President

### FLEXIBLE PREMIUM ADJUSTABLE LIFE

### READ YOUR POLICY CAREFULLY

03329

A-01

## INDEX

| | |
|---|---|
| Accumulation Value | |
| On the Date of Issue | 7 |
| On Each Monthly Deduction Day | 7 |
| On Other than a Monthly Deduction Day | 7 |
| Annual Report | 16 |
| Beneficiary and Proceeds | 12 |
| Calculations–How We Calculate | |
| The Monthly Deduction | 8 |
| The Cost of Insurance–Basic Policy | 8 |
| Cash Value | 8 |
| Changing Your Insurance Policy | |
| Change of Ownership or Beneficiary | 13 |
| Changing the Death Benefit Option | 6 |
| Changing the Specified Amount | 6 |
| Contract | 4 |
| Cost of Insurance Rate Table | 18 |
| Date of Issue | 3, 4 |
| Death Benefit and Death Benefit Options | 5 |
| Grace Period | 10 |

| | |
|---|---|
| Incontestablity | 15 |
| Interest Rate - Accumulation Values | 9 |
| Loan Interest | 11 |
| Maturity Date | 3 |
| Monthly Administration Fee | 3, 9 |
| Monthly Expense Charge | 9 |
| Net Premium | 4 |
| Owner | 4 |
| Payment Options | 13, 14 |
| Policy Loans | 11, 12 |
| Policy Values Provision | 7 |
| Premium Payments | 4 |
| Reinstatement | 16 |
| Specified Amount | 3, 5 |
| Suicide Exclusion | 15 |
| Surrender, Full or Partial | 10 |
| Surrender Charge Provision | 8 |
| Surrender Charge Table | 20-22 |
| When This Policy Terminates | 16 |

**Company Reference.** "We", "Our", "Us", or "Company" means American General Life Insurance Company.

**"You", "Your."** The words "You" or "Your" mean the Owner of this policy.

**Home Office.** Our office at 2727-A Allen Parkway, Houston, Texas 77251; Mailing Address P. O. Box 1931, Houston, Texas 77251.

**Written, In Writing.** A written request or notice in acceptable form and content, which is signed and dated, and received at Our Home Office.

**Premium Class.** The Premium Class of this policy is shown on the Policy Schedule as one or a combination of the following terms:

**Preferred Plus.** The term "Preferred Plus" means the cost of insurance is based on the Insured being an exceptional mortality risk and a non-user of tobacco.

**Preferred.** The term "Preferred" means the cost of insurance is based on the Insured being a better than average mortality risk.

**Standard.** The term "Standard" means the cost of insurance is based on the Insured being an average mortality risk.

**Tobacco.** The term "Tobacco" means the cost of insurance is based on the Insured being a user of tobacco.

**Non-Tobacco.** The term "Non-Tobacco" means the cost of insurance is based on the Insured being a non-user of tobacco.

**Juvenile.** The term "Juvenile" means the Insured's age was 17 or less on the Date of Issue. Cost of insurance rates stated in Juvenile policies for insurance ages 18 and above are rates for tobacco users. (Rates are not classified on the basis of the Insured being a user or non-user of tobacco at ages 0 through 17.)

**Special.** The term "Special" means "Substandard" or "Rated". This means an extra amount is being charged due to the health, occupation or avocation of the Insured.

**Rates on Policy Anniversary Nearest Insured's 18th Birthday (For Insured's age 17 or Less on Date of Issue) provision – See page 17.**

**NOTICE**
This Policy Is A Legal Contract Between
The Policy Owner And The Company.

03329

Page 2

A-02



11/9/059:52A
537060000853

## POLICY SCHEDULE

| BASIC POLICY | MONTHLY COST | YEARS PAYABLE |
|---|---|---|
| ADJUSTABLE LIFE | SEE PAGE 18 | 16 |

ADDITIONAL BENEFITS PROVIDED BY RIDERS

| MONTHLY GUARANTEE PREMIUM | SEE RIDER | 16 |
|---|---|---|

TO AGE 90          TO AGE 100
$35823.64          $43950.00

MGP INTEREST RATE:
7.0% FOR THE FIRST 25 POLICY YEARS AND 0.0% THEREAFTER

### SCHEDULE OF PREMIUMS

PREMIUM CLASS:                                STANDARD NON-TOBACCO
INITIAL PREMIUM:                             $430,158.46
PLANNED PERIODIC PREMIUM:                    $430,158.46 PAYABLE ANNUALLY
DEDUCTION DAY:                               7TH DAY OF EACH MONTH

MINIMUM DEATH BENEFIT AMOUNT (AFTER A        $100,000
   DECREASE IN SPECIFIED AMOUNT)

MONTHLY EXPENSE CHARGE FOR FIRST 5 YEARS:    $11,178.00

GUARANTEED INTEREST RATE FACTOR              1.002466

| | ANNUAL EFFECTIVE | MONTHLY |
|---|---|---|
| GUARANTEED INTEREST RATE | 3.0% | 0.2466% |

DEATH BENEFIT COMPLIANCE TEST:               GUIDELINE PREMIUM

MORTALITY TABLE                              1980 COMMISSIONERS STANDARD
                                             ORDINARY MALE OR FEMALE
                                             SMOKER OR NONSMOKER MORTALITY
                                             TABLE.

| | GUARANTEED | INITIAL |
|---|---|---|
| PREMIUM EXPENSE CHARGE PERCENTAGE: | 7.00% | 5.50% |
| MONTHLY ADMINISTRATION FEE: | $7.00 | $5.00 |

COVERAGE MAY EXPIRE PRIOR TO THE MATURITY DATE SHOWN WHERE EITHER NO
PREMIUMS ARE PAID FOLLOWING PAYMENT OF THE INITIAL PREMIUM, OR SUBSEQUENT
PREMIUMS ARE INSUFFICIENT TO CONTINUE COVERAGE TO SUCH DATE.

### POLICY DATA

| INSURED: MEYER MAGID | POLICY NUMBER:   UM0039913L |
|---|---|
| INSURANCE AGE:   84 | DATE OF ISSUE:   NOVEMBER 7, 2005 |

BASE COVERAGE:                $5,000,000    DEATH BENEFIT OPTION:     1
SUPPLEMENTAL COVERAGE:        $0
INITIAL SPECIFIED AMOUNT:     $5,000,000    MATURITY DATE:   NOVEMBER 7, 2021

THIS IS A SEX DISTINCT POLICY

THIS IS A NEW JERSEY CONTRACT    BACK SCAN
PAGE 3

03329

**Contract.** Your policy is a legal contract that You have entered into with Us. You have paid the first premium and have submitted an application, a copy of which is attached. In return, We promise to provide the insurance coverage described in this policy.

The entire contract consists of:

1. The basic policy;

2. The riders that add benefits to the basic policy, if any;

3. Endorsements, if any; and

4. The attached copy of Your application, and any amendments or supplemental applications.

**Date of Issue.** The Date of Issue of this policy is the date on which the first premium is due. The Date of Issue is also the date from which all policy years, anniversaries, and Monthly Deduction dates are determined.

**Owner.** The Owner is as stated in the application unless later changed. During the Insured's lifetime, the Owner may exercise every right the policy confers or We allow (subject to the rights of any assignee of record). You may have multiple Owners of the policy. In that case, the authorizations of all Owners are required for all policy changes. The Owner and the Insured may be the same person but do not have to be. If an Owner dies while the policy is in force and the Insured is living, ownership rights pass on to a successor owner, if any, or to the estate of the Owner.

## PREMIUM PAYMENTS

All premiums after the first are payable in advance. Premium payments are flexible. This means You may choose the amount and frequency of payments.

The actual amount and frequency of premium payments will affect the Cash Values and the amount and duration of insurance. Please refer to the Policy Values Provision for a detailed explanation.

**Planned Periodic Premiums.** The amount and frequency of the Planned Periodic Premiums You selected are shown on the Policy Schedule. You may request a change in the amount and frequency. We may limit the amount of any increase. (See "Maximum Premium").

**Unscheduled Additional Premiums.** You may pay additional premiums at any time before the Maturity Date shown on the Policy Schedule. We may limit the number and amount of additional premiums. (See "Maximum Premium" and "Maximum Net Amount at Risk").

**Maximum Premium.** We reserve the right to refund any premium that would cause this policy to fail to qualify as life insurance under the Death Benefit Compliance Test selected, and under applicable tax laws. The test selected is shown on the Policy Schedule.

**Maximum Net Amount at Risk.** We reserve the right to refund any premium that would cause

an immediate increase in the Net Amount at Risk unless the Insured is living and provides evidence of insurability satisfactory to Us. We may automatically effect a partial surrender or reduce the Death Benefit, both of which may have federal tax consequences, if the Net Amount at Risk exceeds Our limitations. (We determine the "Net Amount at Risk" as shown in the provision entitled "How We Calculate the Cost of Insurance for the Basic Policy").

**Where to Pay.** You may make Your payments to Us at Our Home Office or to an authorized agent. A receipt signed by an officer of the Company will be furnished upon request.

**Premium Expense Charge.** The Premium Expense Charge is calculated by multiplying the premium paid by the Premium Expense Charge Percentage. The Premium Expense Charge Percentage is adjustable, but will never be more than the guaranteed Premium Expense Charge Percentage shown on the Policy Schedule.

**Net Premium.** The term Net Premium as used in this policy means "The premium paid, less the Premium Expense Charge" except as follows: No Premium Expense Charge will be deducted if the source of the premium is Cash Surrender Values applied from another policy issued by the Company. (We refer to this as an internal rollover).

03329                    Page 4

## DEATH BENEFIT AND DEATH BENEFIT OPTIONS

**Death Benefit Proceeds.** If the Insured dies prior to the Maturity Date and while this policy is in force, We will pay the Death Benefit Proceeds to the Beneficiary. The Death Benefit Proceeds will be subject to:

1. The Death Benefit Option in effect on the date of death; and

2. Any increases or decreases made to the Specified Amount. The Initial Specified Amount is shown on the Policy Schedule.

Guidelines for changing the Death Benefit Option or the Specified Amount will be found in the section entitled "Changing Your Insurance Policy."

Any premium received after the date of death will be refunded and will not be included in the Accumulation Value for purposes of calculating the Death Benefit Amount.

The Death Benefit Proceeds will be the Death Benefit Amount, after reversing any premium received after the date of death, less any out-standing policy loan and will be subject to the other provisions of the Beneficiary and Proceeds section.

**Death Benefit Compliance Test.** Death Benefit Compliance Tests are used to determine if a policy will qualify as life insurance under applicable tax laws. There are two compliance tests which may be used: The Guideline Premium Test and the Cash Value Accumulation Test. The test which You selected when this policy was issued is shown on the Policy Schedule. You cannot change Your election of the Death Benefit Compliance Test after the Date of Issue.

**Death Benefit Option.** The Death Benefit Option which You have chosen is shown on the Policy Schedule as either Option 1 or Option 2.

**Option 1.** If You have chosen Option 1, the Death Benefit Amount will be the greater of:

1. The Specified Amount on the date of death; or

2. The Accumulation Value on the date of death multiplied by the applicable Death Benefit Corridor Rate.

**Option 2.** If You have chosen Option 2, the Death Benefit Amount will be the greater of:

1. The Specified Amount plus the Accumulation Value on the date of death; or

2. The Accumulation Value on the date of death multiplied by the applicable Death Benefit Corridor Rate.

Death Benefit Corridor Rates are shown in the table for the Death Benefit Compliance Test which You selected.

**Specified Amount.** The Specified Amount is the total of two types of coverage: Base Coverage and Supplemental Coverage. Base Coverage is subject to surrender charges and a five year Monthly Expense Charge, but Supplemental Coverage is not. If Supplemental Coverage is made a part of the Specified Amount, policy costs will be lower (during the first 5 policy years, and the first 5 years of an increase) than if the same Specified Amount is issued without Supplemental Coverage. The amounts of Base Coverage, Supplemental Coverage (if any) and Specified Amount are shown on the Policy Schedule.

A-05

## CHANGING YOUR INSURANCE POLICY

You may request a change in the Specified Amount or Death Benefit Option at any time except that a decrease in the Specified Amount may not become effective prior to the end of the first policy year. Your request must be submitted to Our Home Office In Writing.

**Increasing the Specified Amount.** We will require a supplemental application and evidence of insurability satisfactory to Us for any increase in the Specified Amount. The proportion of Base to Supplemental Coverage following an increase may be in any proportion as long as Base Coverage is at least 10% of the total Specified Amount. An increase will be effective on the Monthly Deduction Day on or next following the date the application for increase is approved by Us. The effective date will appear in an endorsement to this policy.

**Decreasing the Specified Amount.** Any decrease will go into effect on the Monthly Deduction Day following the day We receive the request. The Death Benefit Amount remaining in effect after any decrease cannot be less than the greater of:

1. The Minimum Death Benefit Amount shown on the Policy Schedule; and

2. Any Death Benefit Amount required to qualify this policy as life insurance under applicable tax laws.

Any such decrease will be applied in the following order:

1. Against the Specified Amount provided by the most recent increase, with the decrease applying first to the entire Supplemental Coverage portion of such increase, if any, followed by the Base Coverage portion;

2. Against the next most recent increases successively, with the decrease of each prior increase applying first to the entire Supplemental Coverage portion of such increase, if any, followed by the Base Coverage portion;

3. Against the Specified Amount provided under the original application, with the decrease applying first to the entire Supplemental Coverage portion of such amount, if any, followed by the Base Coverage portion.

Any reduction in Base Coverage will be subject to any applicable Surrender Charges on a pro-rata basis with the Surrender Charge prior to the reduction in Base Coverage being reduced proportionately. However, if such charge is greater than the Accumulation Value, the Specified Amount decrease will not be allowed.

**Changing the Death Benefit Option.** You may request a change in the Death Benefit Option You have chosen.

1. If You request a change from Option 1 to Option 2: The new Specified Amount will be the Specified Amount prior to change, less the Accumulation Value as of the effective date of the change, but not less than zero. Any such decrease in Specified Amount will be subject to the same guidelines and restrictions as outlined in the Decreasing the Specified Amount provision.

2. If You request a change from Option 2 to Option 1: The new Specified Amount will be the Specified Amount prior to the change plus the Accumulation Value as of the effective date of the change. The entire increase in the Specified Amount will be applied to the last coverage added (either Base or Supplemental) which has not been removed. For the purpose of this calculation, if the Base and Supplemental Coverages were issued on the same date, We will consider the Supplemental Coverage to have been issued later.

03329                          Page 6

### CHANGING YOUR INSURANCE POLICY (Cont'd)

We will not require evidence of insurability for a change in the Death Benefit Option. The change will go into effect on the Monthly Deduction Day following the date We receive Your request for change.

**Changing the Terms of Your Policy.** Any change in Your policy must be approved by the President, a Vice President, an Administrative Officer or Secretary of the Company. No agent has the authority to make any changes or waive any of the terms of Your policy.

### POLICY VALUES PROVISION

**Accumulation Value**

**On the Date of Issue.** The Accumulation Value on the Date of Issue will be:

1. The Net Premium received; less

2. The Monthly Deduction for the first policy month; (See "How We Calculate a Monthly Deduction.")

The first Deduction Day is the Date of Issue. The Monthly Deduction Day is shown on the Policy Schedule.

**On Each Monthly Deduction Day.** On each Monthly Deduction Day after the Date of Issue, We will determine the Accumulation Value as follows:

1. We will take the Accumulation Value as of the last Monthly Deduction Day; and

2. Add all Net Premiums received since the last Monthly Deduction Day; and

3. Add the interest earned for the month:

    A. Interest will be applied for the entire month on the excess of the Accumulation Value on the last Monthly Deduction Day over any partial surrenders made since the last Monthly Deduction Day;

    B. If a Net Premium has been received since the last Monthly Deduction Day, interest on such amount will be added

on a pro-rata basis from the date received to the end of the policy month;

    C. If a partial surrender has been made since the last Monthly Deduction Day, interest on the amount of such partial surrender will be added on a pro-rata basis from the last Monthly Deduction Day to the day of such partial surrender; and

4. Subtract any partial surrender made and any charges for partial surrenders since the last Monthly Deduction Day; and

5. Subtract the Monthly Deduction for the policy month following the Monthly Deduction Day. (See "How We Calculate a Monthly Deduction.")

**On Any Day Other Than a Monthly Deduction Day.** The Accumulation Value on any day other than a Monthly Deduction Day will be:

1. The Accumulation Value as of the last Monthly Deduction Day;

2. Less any partial surrenders paid and any charges for partial surrenders since the last Monthly Deduction Day;

3. Plus all Net Premiums received since the last Monthly Deduction Day.

03329

**Page 7**

## POLICY VALUES PROVISION (Cont'd)

**Cash Value.** The Cash Value of this policy will be equal to the Accumulation Value less the Surrender Charge, if any.

**Cash Surrender Value.** The Cash Surrender Value of this policy will be equal to the Cash Value less any indebtedness.

**Monthly Deductions May Be Made Only if There Is Sufficient Value.** A Monthly Deduction from the Accumulation Value may be made only if the Cash Value less policy loans, is equal to or greater than the Monthly Deduction. The Accumulation Value will be reduced by the amount of each Monthly Deduction. If the Cash Value less policy loans, is not sufficient to meet the Monthly Deduction for the current month, this policy will be subject to the Grace Period.

**Surrender Charge.** The Surrender Charge applies only to the Base Coverage portion of the Specified Amount. The Surrender Charge for the amount of Base Coverage on the Date of Issue will apply if such Base Coverage is surrendered or reduced during the Surrender Charge Period. Surrender Charges for any increases in Base Coverage will apply if such increases are surrendered or reduced during the Surrender Charge Period of each increase. The Surrender Charge Period will vary according to the age at issue (or age on the date of an increase) as shown in the Table of Surrender Charges per $1,000 of Base Coverage.

You may make a request for surrender at any time during the Insured's lifetime before the Maturity Date.

A full surrender, partial surrender or reduction in Specified Amount due to a requested partial surrender will be calculated as of the day We receive Your request.

**How We Calculate a Monthly Deduction.** Each Monthly Deduction includes:

1.  The cost of insurance provided by the basic policy; and

2.  The cost of insurance for benefits provided by riders; and

3.  The Monthly Administration Fee; and

4.  During the first five policy years, a Monthly Expense Charge. (A Monthly Expense Charge also applies to the amount of any increase in Base Coverage during the first five years of such increase.)

**How We Calculate the Cost of Insurance for the Basic Policy.** We calculate the cost of insurance at the beginning of each policy month. The cost of insurance is determined on the Monthly Deduction Day by multiplying the Net Amount at Risk by the cost of insurance rate per $1,000 and dividing the result by 1000.

To determine the Net Amount at Risk, We:

1.  Divide the Death Benefit Amount under the basic policy by the Guaranteed Interest Rate Factor shown on the Policy Schedule; and

2.  Reduce the result by the amount of Accumulation Vaule:

    a.  Before the cost of insurance deduction is taken; and

    b.  After the applicable rider charges, the Monthly Expense Charge, if any, and the Monthly Administration Fee are deducted.

**Cost of Insurance for Benefits Provided by Riders.** The cost of insurance for benefits provided by riders will be as stated on the Policy Schedule or in an endorsement.

## POLICY VALUES PROVISION (Cont'd)

**Monthly Administration Fee.** An administration fee will be deducted monthly. The amount of the Monthly Administration Fee may be adjusted, but will never be greater than the guaranteed Monthly Administration Fee shown on the Policy Schedule.

**Monthly Expense Charge.** A Monthly Expense Charge will be deducted during the first five policy years, and during the first five years of any increase in Base Coverage. The Monthly Expense Charge for the first five years for the initial amount of Base Coverage is shown on the Policy Schedule. The Monthly Expense Charge for the first five years for any increase in Base Coverage will be provided in an endorsement to this policy. Any decrease in Base Coverage will not change the Monthly Expense Charge then in effect.

**Cost of Insurance Rate.** The cost of insurance rate for the Initial Specified Amount, and for each *Specified Amount increase, is based on* the Insured's:

1. Gender; (if issued on a Sex Distinct basis);

2. Age nearest birthday on each policy anniversary; and

3. Premium class shown on the Policy Schedule, associated with the Initial Specified Amount and each increase in the Specified Amount.

A table of guaranteed monthly cost of insurance rates is included in this policy. We can use cost of insurance rates that are lower than the guaranteed rates. Any change in rates will apply to all policies in the same rate class as this policy. The rate class of this policy is determined on its Date of Issue according to:

1. The calendar year of issue and policy year;

2. The plan of insurance;

3. The amount of insurance; and

4. The age, gender and premium class of the Insured if issued on a Sex Distinct basis or the age and premium class if issued on a Gender Neutral basis.

**Changes in Rates, Charges and Fees.** This policy does not participate in our profits or surplus. Any redetermination of the cost of insurance rates, Premium Expense Charge Percentage or Monthly Administration Fee will be based on our future expectations as to mortality, persistency, expenses, reinsurance costs, and state and federal taxes. Any *redetermination of interest rates will* be based only on expectations of future investment earnings. We will not change these rates or charges in order to recoup any prior losses.

**Interest Rate.** The guaranteed interest rate used in calculating Accumulation Values is shown on the Policy Schedule. We can use interest rates greater than the guaranteed rates *to calculate Accumulation* Values. We will apply a different rate of interest to that portion of the Accumulation Value which equals the amount of the policy loan. The rate applied to amounts offset by policy loans will be at an annual effective rate of not less than 3.0% nor more than 4.0%.

At the end of the first month following the fifth policy anniversary, and at the end of each month thereafter, this policy will be eligible for a current interest bonus. The bonus will be credited monthly to the Accumulation Value subject to the following guidelines:

1. The declared annual interest rate at the end of each month must be greater than the guaranteed annual interest rate; and

2. The bonus credited each month will increase the declared annual interest rate applied to the Accumulation Value not offset by a policy loan by .25% (one quarter of one percent).

03329

Page 9

A-09

## POLICY VALUES PROVISION (Cont'd)

**Grace Period.** If the Cash Value less policy loans, on a Monthly Deduction Day is not enough to meet the Monthly Deduction for the current month, this policy will remain in force during the 61-day period that follows. If the Cash Value less policy loans, on a policy anniversary is not enough to pay any loan interest due, this policy will remain in force during the 61-day period that follows. Such 61-day period is referred to in this policy as the "Grace Period." There is no Grace Period for the initial Monthly Deduction.

If the amount required to keep Your policy in force is not paid by the end of the Grace Period, this policy will terminate without value. However, We will give You at least 31 days notice prior to termination that Your policy is in the Grace Period and advise You of the amount of premium required to keep Your policy in force. Such 31 days prior notice will be sent to You at Your last known address, and to the assignee of record, if any. If death occurs during the Grace Period, Monthly Deductions through the policy month in which death occurred will be deducted from the proceeds.

If a surrender request is received within 31 days after the Grace Period commences, the Cash Surrender Value payable will not be less than the Cash Surrender Value on the Monthly Deduction Day the Grace Period commenced. The Monthly Deduction for the policy month following such Monthly Deduction Day will not be subtracted in the calculation of such Cash Surrender Value.

**Full Surrender.** You may return Your policy to Us and request its Cash Surrender Value at any time during the Insured's lifetime before the Maturity Date. The Cash Surrender Value will be calculated as of the day We receive Your request. If surrender takes place within 31 days after a policy anniversary, the Cash Value will not be less than on that anniversary.

**Partial Surrender.** At any time after the first policy year, You may request withdrawal of a portion of the Cash Surrender Value of the policy. Your request must be made In Writing prior to the Maturity Date during the Insured's lifetime.

A partial surrender will result in a reduction of the Cash Value, Accumulation Value and the Death Benefit Amount. The Cash and Accumulation Values will be reduced by the amount of partial surrender. The reduced Death Benefit Amount will be determined in accordance with the Death Benefit Option provision. If Your Death Benefit Option is Option 1, the Specified Amount will be reduced by the amount of the partial surrender. The reduction in Specified Amount will be subject to the same guidelines and restrictions as outlined in the Decreasing the Specified Amount provision. (The reduced amount will not be less than zero.) The Death Benefit Amount remaining after this reduction must be no less than the Minimum Death Benefit Amount shown on the Policy Schedule.

There will be a charge not to exceed $50.00 for each partial surrender in addition to the amounts shown in the Table of Surrender Charges. Any partial surrender that causes a reduction in Base Coverage will be subject to any applicable surrender charges on a pro-rata basis, and the remaining surrender charge will be reduced proportionately.

03329                          Page 10

A-10

**Payment of Cash Value Benefit.** We can delay payment of Cash Surrender Values for up to 6 months, or the period allowed by law, whichever is less. However, We cannot delay payment of a partial surrender if the amount is to be used to pay a premium to Us.

**Continuation of Insurance Coverage if Amount or Frequency of Premium Payments Is Reduced or if Premium Payments Are Discontinued.** If You reduce the amount or frequency of premium payments, or if You discontinue payment of premiums and do not surrender this policy, We will continue making Monthly Deductions (as long as there is sufficient Cash Value less policy loans, to make such deductions) until the Maturity Date. This policy will remain in force until the earlier of the following dates:

1.  The Maturity Date (if there is sufficient Cash Value less policy loans, to make Monthly Deductions to that date);

2.  Full surrender of the policy;

3.  The end of the Grace Period; or

4.  Death of the Insured.

## POLICY LOANS

You may borrow from Us at any time while this policy is in force, an amount which is equal to or less than the policy's loan value. The loan value will be the Cash Value less:

1.  Any prior outstanding loan; and

2.  Interest on the amount to be borrowed to the next policy anniversary.

**Loan Interest.** Except for Preferred Loans, the Annual Policy Loan Interest Rate is 3.85%. On each policy anniversary, loan interest for the next year is due in advance. Interest not paid when due will be added to the loan.

**How You May Repay a Policy Loan.** You may repay all or part of a policy loan at any time, except that:

1.  Repayment may be made only while this policy is in force and prior to the death of the Insured; and,

2.  A partial repayment must be at least $10.00.

Except as provided in the Grace Period provision, this policy will lapse at any time Your policy loan exceeds the Cash Value. However, at least 31 days prior notice must be mailed by Us to Your last known address and to the assignee of record, if any.

**We Can Delay Payment.** We can delay lending You money for up to 6 months, or the period allowed by law, whichever is less. However, We cannot delay lending You money if the amount is to be used to pay a premium to Us.

**Obtaining a Loan.** You may obtain a policy loan by Written request and assignment of the policy as sole security for the loan.

03329                    Page 11

## POLICY LOANS (Cont'd)

**Preferred Loans.** A "Preferred Loan" is a policy loan that is made at a net cost to the Owner that is less than the net cost of other policy loans. By "net cost" We mean the amount of interest charged for the loan less interest credited to the amount of the Accumulation Value offset by a loan. Starting on the tenth policy anniversary, this policy will be eligible for "Preferred Loans" subject to the following guidelines:

1. The maximum amount of the loan value eligible for Preferred Loans during a policy year is restricted to policy earnings, defined as:

   (a) The Cash Surrender Value at the beginning of the policy year; less

   (b) The sum of premiums paid in excess of partial surrenders since the Date of Issue.

2. When a Preferred Loan is made, loan interest to the next policy anniversary will accrue daily at an annual effective rate of not less than 2.91% nor more than 3.15%. (This is equivalent to an annual effective rate of not less than 3.0% nor more than 3.25% respectively, paid in arrears.)

## BENEFICIARY AND PROCEEDS

**Beneficiary.** The Beneficiary as named in the application, or later changed by You, will receive the proceeds upon the death of the Insured. Unless You have stated otherwise, proceeds will be paid as follows:

1. If any Beneficiary dies before the Insured, that Beneficiary's interest will pass to any other Beneficiaries according to their respective interests.

2. If no Beneficiary survives the Insured, proceeds will be paid to You, as Owner, if You are then living; otherwise proceeds will be paid to Your estate.

**Common Disaster.** If We cannot determine whether a Beneficiary or the Insured died first in a common disaster, We will assume that the Beneficiary died first. Proceeds will be paid on this basis unless an endorsement to this policy provides otherwise.

**Proceeds.** Proceeds means the amount payable on:

1. The Maturity Date;

2. Exercise of the full surrender benefit; or

3. The Insured's death.

The proceeds on the Maturity Date will be the Cash Surrender Value. The proceeds on the Insured's death will be the Death Benefit Amount less any outstanding policy loan.

All proceeds and partial surrender benefits are subject to the provisions of the Payment Options section and the other provisions of this policy.

03329                              Page 12

A-12

## CHANGE OF OWNERSHIP OR BENEFICIARY

You may change the Owner or the Beneficiary at any time during the lifetime of the Insured unless the previous designation provides otherwise. To do so, send a Written request to Our Home Office. The change will go into effect when We have recorded the change. However, after the change is recorded, it will be deemed effective as of the date of Your Written request for change. The change will be subject to any payment made or action taken by Us before the request is recorded.

## PAYMENT OPTIONS

Instead of being paid in one sum, all or part of the proceeds may be applied under any of the Payment Options described below. In addition to these options, other methods of payment may be chosen with Our consent.

**Payment Contract.** When proceeds become payable under a Payment Option, a Payment Contract will be issued to each payee. The Payment Contract will state the rights and benefits of the payee. It will also name those who are to receive any balance unpaid at the death of the payee.

**Election of Options.** The Owner may elect or change any Payment Option while the Insured is living, subject to the provisions of this policy. This election or change must be In Writing. Within 60 days after the Insured's death, a payee entitled to proceeds in one sum may elect to receive proceeds under any option (subject to the limitations stated in the "Availability of Options" provision).

**Option 1. Payments for a Specified Period:** Equal monthly payments will be made for a specified period. The Option 1 Table in this policy shows the monthly income for each $1,000 of proceeds applied.

**Option 2. Payments of a Specified Amount:** Equal monthly payments of a specified amount will be made. Each payment must be at least $60 a year for each $1,000 of proceeds applied. Payments will continue until the amount applied, with interest has been paid in full.

**Option 3. Monthly Payments for Life with Period Certain:** Equal monthly payments will be made for a specified period, and will continue after that period for as long as the payee lives.

The specified period may be 10, 15 or 20 years. The Option 3 Table in this policy shows the monthly income for each $1,000 of proceeds applied. If issued on a Sex Distinct basis, tables are based on the Annuity 2000 Male or Female Tables adjusted by projection scale G (adjusted by 50% of projection scale G for females and 100% of projection scale G for males) for 20 years, with interest at the rate of 2% per year. If issued on a Gender Neutral basis, tables are based on the Annuity 2000 Male and Female Tables adjusted by projection scale G (adjusted by 50% of projection scale G for females and 100% of projection scale G for males) for 20 years, with Gender Neutral rates based on 60% female and 40% male, and interest at the rate of 2% per year.

At the time payments are to begin under this option, the payee may choose one of the following:

1. Monthly payments based on the Option 3 Table; or

2. Monthly payments equal to a monthly annuity based on Our single premium immediate annuity rates then in use.

**Option 4. Proceeds Left at Interest:** Proceeds may be left on deposit with Us for any period up to 30 years. Interest earned on the proceeds may be:

1. Left on deposit to accumulate at the rate of 2% compounded annually; or

2. Paid in installments at the rate for each $1,000 of proceeds of $20 annually, $9.95 semiannually, $4.96 quarterly or $1.65 monthly.

03329

Page 13

## PAYMENT OPTIONS (Cont'd)

Upon the death of the payee, or at the end of the specified period, any balance left on deposit will be paid in a lump sum or under Options 1, 2 or 3.

**Interest Rates.** The guaranteed rate of interest for proceeds held under Payment Options 1, 2, 3 and 4 is 2% compounded annually. We may credit interest at a higher rate. The amount of any increase will be determined by Us.

**Payments.** The first payment under Options 1, 2 and 3 will be made when the claim for settlement has been approved. Payments after the first will be made according to the manner of payment chosen. Interest under Option 4 will be credited from the date of death and paid or added to the proceeds as provided in the Payment Contract.

**Availability of Options.** If the proposed payee is not a natural person, payment options may be chosen only with Our consent.

If this policy is assigned, We will have the right to pay the assignee in one sum the amount to which the assignee is entitled. Any balance will be applied according to the option chosen.

The amount to be applied under any one option must be at least $2,000. The payment elected under any one option must be at least $20. If the total policy proceeds are less than $2,000 payment will be made in one lump sum.

**Evidence That Payee is Alive.** Before making any payment under a Payment Option, We may ask for proof that the payee is alive. If proof is requested, no payment will be made or considered due until We receive proof.

**Death of a Payee.** If a payee dies, any unpaid balance will be paid as stated in the Payment Contract. If there is no surviving payee named in the Payment Contract, We will pay the estate of the payee:

1.  Under Options 1 and 3: The value of the remaining payments for the specified period as of the date We receive Written

notification of death, discounted at the rate of interest used in determining the amount of the monthly payment.

2.  Under Options 2 and 4, the balance of any proceeds remaining unpaid with accrued interest, if any.

**Withdrawal of Proceeds Under Options 1 or 2.** If provided in the Payment Contract, a payee will have the right to withdraw the entire unpaid balance under Options 1 or 2. Under Option 1, the amount will be the value of the remaining payments for the specified period discounted at the rate of interest used in determining monthly income. Under Option 2, the amount will be the entire unpaid balance.

**Withdrawal of Proceeds Under Option 4.** A payee will have the right to withdraw proceeds left under Option 4 subject to the following rules:

1.  The amount to be withdrawn must be $500 or more;

2.  A partial withdrawal must leave a balance on deposit of $1,000 or more.

**Withdrawals May Be Deferred.** We may defer payment of any withdrawal for up to 6 months from the date We receive a withdrawal request.

**Assignment.** Payment Contracts may not be assigned.

**Change in Payment.** The right to make any change in payment is available only if the Payment Contract provides for a change in payment.

**Claims of Creditors.** To the extent permitted by law, proceeds will not be subject to any claims of a Beneficiary's creditors.

## GENERAL PROVISIONS

**Assigning Your Policy.** During the lifetime of the Insured, You may assign this policy as security for an obligation. We will not be bound by an assignment unless it is received In Writing at Our Home Office. Two copies of the assignment must be submitted. We will retain one copy and return the other. We will not be responsible for the validity of any assignment.

**Incontestability.** We rely on the statements made in the application for the policy and applications for any reinstatements or increases in Specified Amount. These statements, in the absence of fraud, are considered representations and not warranties. No statement may be used in defense of a claim under the policy unless it is in such applications.

Except as stated below, We cannot contest this policy after it has been in force during the Insured's lifetime for 2 years from the Date of Issue.

Exceptions: We cannot contest any claim related to an increase in Specified Amount after such increase has been in effect during the Insured's lifetime for 2 years.

If this policy is reinstated, We cannot contest this policy after it has been in force during the Insured's lifetime for 2 years from the date of reinstatement.

We can contest a reinstatement or an increase in Specified Amount for a 2-year period following the date of an increase or reinstatement solely on the basis of the information furnished in the application for such reinstatement or increase.

This 2-year limitation does not apply to benefits provided by any Disability or Accidental Death Benefit rider, or to the nonpayment of premium.

**Suicide Exclusion.** If the Insured takes his or her own life, while sane or insane, within 2 years from the Date of Issue, We will limit the Death Benefit Proceeds to the premiums paid less any policy loans and less any partial cash surrenders paid.

If there are any increases in the Specified Amount (See the section entitled "Changing Your Insurance Policy") a new 2-year period shall apply to each increase beginning on the date of each increase. The Death Benefit Proceeds will be the costs of insurance associated with each increase.

When the laws of the state in which this policy is delivered require less than this 2-year period, the period will be as stated in such laws.

**Age or Gender Incorrectly Stated (Age Incorrectly Stated if Issued on a Gender Neutral Basis).** If the: (1) age or gender of the Insured (if this policy was issued on a Sex Distinct basis); or (2) age of the Insured (if this policy was issued on a Gender Neutral basis) has been misstated to Us, We will adjust the excess of the Death Benefit Amount over the Accumulation Value on the date of death to that which would have been purchased by the Monthly Deduction for the policy month of death at the correct cost of insurance rate. By age, We mean age nearest birthday as of the Date of Issue.

**Statutory Basis of Policy Values.** The Cash Values of the policy are not less than the minimum values required by the law of the state where this policy is delivered. The calculation of the Cash Values includes interest at the guaranteed annual interest rate shown on the Policy Schedule and a charge for the cost of insurance, as shown in the Table of Guaranteed Monthly Cost of Insurance Rates.

Calculation of minimum Cash Values, nonforfeiture benefits and Guaranteed Cost of Insurance rates are based on the Mortality Table shown on the Policy Schedule for the appropriate gender (if this policy was issued on a Sex Distinct basis) and age nearest birthday.

03329                                   Page 15

A-15

**GENERAL PROVISIONS (Cont'd)**

A detailed statement of the method of computing values has been filed with the state insurance department where required.

**No Dividends.** This policy will not pay dividends. It will not participate in any of Our surplus or earnings.

**Annual Report.** We will send You at least once a year, without charge, an annual report which shows the following:

1. Premiums paid;

2. Expense charges deducted;

3. Interest credited to Your Accumulation Value;

4. The cost of insurance deducted;

5. Partial surrender benefits paid to You;

6. The amount of any outstanding policy loan;

7. The current Cash Surrender and Accumulation Values.

**Illustrative Report.** At any time while this policy is in force, the Owner may request from Us an illustration of contract values for the future. The values will be based on both guaranteed and then current assumptions. A reasonable fee, not to exceed $50.00, may be charged for additional reports requested in a policy year.

**When This Policy Terminates.** This policy will terminate if:

1. You request that this policy be terminated;

2. The Insured dies;

3. The policy matures;

4. The Grace Period ends and there is not sufficient Cash Value less policy loans, to cover a Monthly Deduction.

**Reinstatement.** "Reinstating" means placing Your policy in force after it has terminated at the end of the grace period. We will reinstate this policy if We receive:

1. Your Written request within five years after the end of the Grace Period and before the Maturity Date; and

2. Evidence of insurability satisfactory to Us; and

3. Payment of enough premium to keep the policy in force for two months; and

4. Payment or reinstatement of any indebtedness.

The reinstated policy will be in force from the Monthly Deduction Day on or following the date We approve the reinstatement application.

The original surrender charge schedule will apply to a reinstated policy. The Accumulation Value at the time of reinstatement will be:

1. The Surrender Charge deducted at the time of lapse (such charge not being greater than the Accumulation Value at the time of lapse before the Surrender Charge was applied); plus

2. The Net Premium paid at reinstatement; plus

3. Any loan repaid or reinstated; less

4. The Monthly Deduction for one month.

If a person other than the Insured is covered by an attached rider, coverage will be reinstated according to that rider.

03329

Page 16

A-16

## GENERAL PROVISIONS (Cont'd)

**Rights Reserved By Us.** Upon notice to You, this policy may be modified by Us, but only if such modification is necessary to make any changes as required by the Internal Revenue Code or by any other applicable law, regulation or interpretation in order to continue treatment of this policy as life insurance.

When required by law, We will obtain Your approval of changes and We will gain approval from any appropriate regulatory authority.

**Rates on Policy Anniversary Nearest Insured's 18th Birthday (For Insured's age 17 or Less on Date of Issue).** If the Insured's age, nearest birthday, is 17 or less on the Date of Issue of this policy, Tobacco rates will be used starting on the policy anniversary nearest the Insured's 18th birthday, except as follows. Prior to the anniversary nearest the Insured's 18th birthday, a Written statement, signed by the Insured, may be submitted to the Company requesting that Non-Tobacco rates be made effective. The statement must include the date the Insured last used tobacco, or state that the Insured has never used tobacco, whichever applies. If the request is approved, Non-Tobacco rates will be made effective on the policy anniversary nearest the Insured's 18th birthday. Otherwise, Tobacco rates will apply. We will send a notice to the Owner at least 30 days prior to the policy anniversary nearest the Insured's 18th birthday that an application for Non-Tobacco rates may be submitted.

03329

**Page 17**

A-17

## TABLE OF GUARANTEED MONTHLY COST OF INSURANCE RATES
### PER $1,000 OF NET AMOUNT AT RISK

| ATTAINED AGE Nearest Birthday (On Each Policy Anniversary) | MALE | FEMALE | ATTAINED AGE Nearest Birthday (On Each Policy Anniversary) | MALE | FEMALE |
|---|---|---|---|---|---|
| 18 | $0.13 | $0.08 | 60 | $ 1.06 | $ 0.71 |
| 19 | .14 | .08 | 61 | 1.17 | .76 |
| | | | 62 | 1.29 | .83 |
| 20 | .14 | .08 | 63 | 1.43 | .92 |
| 21 | .13 | .08 | 64 | 1.60 | 1.02 |
| 22 | .13 | .08 | | | |
| 23 | .13 | .08 | 65 | 1.78 | 1.13 |
| 24 | .13 | .09 | 66 | 1.97 | 1.25 |
| | | | 67 | 2.18 | 1.37 |
| 25 | .12 | .09 | 68 | 2.41 | 1.50 |
| 26 | .12 | .09 | 69 | 2.66 | 1.63 |
| 27 | .12 | .09 | | | |
| 28 | .12 | .09 | 70 | 2.94 | 1.78 |
| 29 | .12 | .10 | 71 | 3.31 | 1.96 |
| | | | 72 | 3.63 | 2.19 |
| 30 | .12 | .10 | 73 | 4.05 | 2.47 |
| 31 | .12 | .10 | 74 | 4.54 | 2.80 |
| 32 | .12 | .10 | | | |
| 33 | .12 | .11 | 75 | 5.06 | 3.17 |
| 34 | .13 | .11 | 76 | 5.62 | 3.58 |
| | | | 77 | 6.21 | 4.02 |
| 35 | .14 | .12 | 78 | 6.83 | 4.50 |
| 36 | .14 | .13 | 79 | 7.49 | 5.03 |
| 37 | .15 | .13 | | | |
| 38 | .16 | .14 | 80 | 8.22 | 5.62 |
| 39 | .17 | .16 | 81 | 9.05 | 6.31 |
| | | | 82 | 9.99 | 7.11 |
| 40 | .19 | .17 | 83 | 11.07 | 8.05 |
| 41 | .20 | .18 | 84 | 12.26 | 9.10 |
| 42 | .22 | .20 | | | |
| 43 | .23 | .21 | 85 | 13.55 | 10.26 |
| 44 | .25 | .23 | 86 | 14.91 | 11.53 |
| | | | 87 | 16.34 | 12.91 |
| 45 | .27 | .24 | 88 | 17.80 | 14.39 |
| 46 | .29 | .26 | 89 | 19.33 | 16.00 |
| 47 | .32 | .28 | | | |
| 48 | .34 | .30 | 90 | 20.94 | 17.75 |
| 49 | .37 | .32 | 91 | 22.66 | 19.68 |
| | | | 92 | 24.57 | 21.86 |
| 50 | .41 | .34 | 93 | 26.76 | 24.42 |
| 51 | .44 | .37 | 94 | 29.63 | 27.67 |
| 52 | .48 | .40 | | | |
| 53 | .53 | .43 | 95 | 33.93 | 32.32 |
| 54 | .59 | .47 | 96 | 41.27 | 40.04 |
| | | | 97 | 56.03 | 55.15 |
| 55 | .65 | .51 | 98 | 83.33 | 83.33 |
| 56 | .72 | .55 | 99 | 83.33 | 83.33 |
| 57 | .79 | .58 | | | |
| 58 | .87 | .62 | | | |
| 59 | .96 | .66 | | | |

The rates shown above represent the guaranteed (maximum) monthly cost of insurance for each $1,000 of net amount at risk. If this policy has been issued in a special (rated) premium class, the guaranteed monthly cost will be calculated as shown on the Policy Schedule.

03329     Page 18     NS

A-18

## DEATH BENEFIT CORRIDOR RATES
### BASED ON GUIDELINE PREMIUM

| ATTAINED AGE | RATE | ATTAINED AGE | RATE |
|---|---|---|---|
| 0-40 | 2.50 | 60 | 1.30 |
| 41 | 2.43 | 61 | 1.28 |
| 42 | 2.36 | 62 | 1.26 |
| 43 | 2.29 | 63 | 1.24 |
| 44 | 2.22 | 64 | 1.22 |
| 45 | 2.15 | 65 | 1.20 |
| 46 | 2.09 | 66 | 1.19 |
| 47 | 2.03 | 67 | 1.18 |
| 48 | 1.97 | 68 | 1.17 |
| 49 | 1.91 | 69 | 1.16 |
| 50 | 1.85 | 70 | 1.15 |
| 51 | 1.78 | 71 | 1.13 |
| 52 | 1.71 | 72 | 1.11 |
| 53 | 1.64 | 73 | 1.09 |
| 54 | 1.57 | 74 | 1.07 |
| 55 | 1.50 | 75-90 | 1.05 |
| 56 | 1.46 | 91 | 1.04 |
| 57 | 1.42 | 92 | 1.03 |
| 58 | 1.38 | 93 | 1.02 |
| 59 | 1.34 | 94 | 1.01 |
| | | 95+ | 1.00 |

03329

**Page 19**

## TABLE OF SURRENDER CHARGES PER $1,000 OF BASE COVERAGE

The following charges apply to each $1,000 of initial Base Coverage surrendered during the Surrender Charge Period. The charges also apply to each $1,000 of increase in Base Coverage surrendered during the Surrender Charge Period of each increase. The word "surrender" as used in this provision means Full Surrender, or a reduction in Base Coverage at the request of the Owner, or due to a partial surrender. The charge for the surrender of all or any portion of the initial Base Coverage will be equal to the rate shown below for the age at issue and the year of surrender, multiplied by the number of thousands of initial Base Coverage being surrendered. The charges for surrender of all or any portion of any increase in Base Coverage will be equal to the rates shown below for the age at issue of such increase and year of surrender, multiplied by the number of thousands of such increase being surrendered. In addition, there will be an additional charge for each partial surrender as described in the Partial Surrender provision.

### Policy Years

| Issue Age Male | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 14.00 | 14.00 | 14.00 | 14.00 | 13.00 | 13.00 | 13.00 | 11.00 | 9.00 | 7.00 | 7.00 | 7.00 | 6.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 19 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 13.00 | 13.00 | 11.00 | 9.00 | 7.00 | 7.00 | 7.00 | 6.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 20 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 13.00 | 13.00 | 12.00 | 10.00 | 7.00 | 7.00 | 7.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 21 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 13.00 | 13.00 | 12.00 | 10.00 | 7.00 | 7.00 | 7.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 22 | 14.00 | 14.00 | 14.00 | 15.00 | 14.00 | 14.00 | 13.00 | 12.00 | 10.00 | 8.00 | 8.00 | 7.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 23 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 14.00 | 13.00 | 12.00 | 10.00 | 8.00 | 8.00 | 7.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 24 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 14.00 | 13.00 | 12.00 | 10.00 | 8.00 | 8.00 | 7.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 25 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 14.00 | 13.00 | 12.00 | 10.00 | 8.00 | 8.00 | 7.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 26 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 14.00 | 13.00 | 12.00 | 10.00 | 8.00 | 8.00 | 7.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 27 | 16.00 | 16.00 | 16.00 | 16.00 | 15.00 | 15.00 | 13.00 | 12.00 | 10.00 | 8.00 | 8.00 | 7.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 28 | 16.00 | 16.00 | 16.00 | 16.00 | 16.00 | 15.00 | 14.00 | 12.00 | 10.00 | 8.00 | 8.00 | 7.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 29 | 16.00 | 16.00 | 16.00 | 16.00 | 16.00 | 15.00 | 15.00 | 12.00 | 10.00 | 9.00 | 8.00 | 7.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 30 | 16.00 | 16.00 | 16.00 | 16.00 | 16.00 | 15.00 | 14.00 | 13.00 | 11.00 | 9.00 | 9.00 | 7.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 31 | 17.00 | 17.00 | 17.00 | 17.00 | 16.00 | 15.00 | 14.00 | 13.00 | 11.00 | 9.00 | 9.00 | 8.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 32 | 17.00 | 17.00 | 17.00 | 17.00 | 16.00 | 15.00 | 14.00 | 13.00 | 11.00 | 9.00 | 9.00 | 8.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 33 | 17.00 | 17.00 | 17.00 | 17.00 | 17.00 | 16.00 | 14.00 | 13.00 | 11.00 | 10.00 | 9.00 | 8.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 34 | 18.00 | 18.00 | 18.00 | 18.00 | 17.00 | 16.00 | 15.00 | 13.00 | 11.00 | 10.00 | 9.00 | 8.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 35 | 18.00 | 18.00 | 18.00 | 18.00 | 17.00 | 16.00 | 15.00 | 13.00 | 11.00 | 10.00 | 9.00 | 8.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 36 | 19.00 | 19.00 | 19.00 | 19.00 | 18.00 | 16.00 | 15.00 | 14.00 | 12.00 | 11.00 | 9.00 | 8.00 | 7.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 37 | 19.00 | 19.00 | 19.00 | 19.00 | 18.00 | 17.00 | 16.00 | 14.00 | 13.00 | 11.00 | 10.00 | 9.00 | 8.00 | 6.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 38 | 20.00 | 20.00 | 20.00 | 20.00 | 19.00 | 17.00 | 16.00 | 15.00 | 14.00 | 12.00 | 11.00 | 9.00 | 8.00 | 7.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 39 | 20.00 | 20.00 | 20.00 | 20.00 | 19.00 | 18.00 | 17.00 | 16.00 | 14.00 | 13.00 | 11.00 | 10.00 | 9.00 | 7.00 | 5.00 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 40 | 21.00 | 21.00 | 21.00 | 21.00 | 20.00 | 19.00 | 18.00 | 16.00 | 15.00 | 14.00 | 12.00 | 11.00 | 9.00 | 8.00 | 6.00 | 5.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 41 | 22.00 | 22.00 | 22.00 | 22.00 | 21.00 | 20.00 | 19.00 | 17.00 | 16.00 | 15.00 | 13.00 | 11.00 | 10.00 | 8.00 | 6.00 | 6.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 42 | 23.00 | 23.00 | 23.00 | 22.00 | 22.00 | 20.00 | 19.00 | 18.00 | 17.00 | 15.00 | 14.00 | 12.00 | 10.00 | 9.00 | 7.00 | 6.00 | 3.00 | 2.00 | 1.00 | 0.00 |
| 43 | 23.00 | 23.00 | 23.00 | 23.00 | 22.00 | 21.00 | 20.00 | 19.00 | 18.00 | 16.00 | 14.00 | 13.00 | 11.00 | 9.00 | 8.00 | 6.00 | 4.00 | 2.00 | 1.00 | 0.00 |
| 44 | 24.00 | 24.00 | 24.00 | 24.00 | 23.00 | 22.00 | 21.00 | 20.00 | 19.00 | 17.00 | 15.00 | 13.00 | 11.00 | 9.00 | 8.00 | 6.00 | 4.00 | 2.00 | 1.00 | 0.00 |

M-NS

03329

## TABLE OF SURRENDER CHARGES PER $1,000 OF BASE COVERAGE

The following charges apply to each $1,000 of initial Base Coverage surrendered during the Surrender Charge Period. The charges also apply to each $1,000 of increase in Base Coverage surrendered during the Surrender Charge Period of each increase. The word "surrender" as used in this provision means Full Surrender, or a reduction in Base Coverage at the request of the Owner, or due to a partial surrender. The charge for the surrender of all or any portion of the initial Base Coverage will be equal to the rate shown below for the age at issue and the year of surrender, multiplied by the number of thousands of initial Base Coverage being surrendered. The charges for surrender of all or any portion of any increase in Base Coverage will be equal to the rates shown below for the age at issue of such increase and year of surrender, multiplied by the number of thousands of such increase being surrendered. In addition, there will be an additional charge for each partial surrender as described in the Partial Surrender provision.

### Policy Years

| Issue Age Male | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 25.00 | 25.00 | 25.00 | 24.00 | 24.00 | 23.00 | 22.00 | 21.00 | 20.00 | 18.00 | 16.00 | 14.00 | 12.00 | 10.00 | 8.00 | 8.00 | 4.00 | 2.00 | 1.00 | 0.00 |
| 46 | 26.00 | 26.00 | 25.00 | 25.00 | 25.00 | 24.00 | 23.00 | 22.00 | 21.00 | 19.00 | 17.00 | 15.00 | 13.00 | 11.00 | 8.00 | 6.00 | 4.00 | 2.00 | 1.00 | 0.00 |
| 47 | 27.00 | 27.00 | 26.00 | 26.00 | 25.00 | 24.00 | 24.00 | 23.00 | 22.00 | 20.00 | 18.00 | 16.00 | 14.00 | 12.00 | 9.00 | 7.00 | 4.00 | 2.00 | 1.00 | 0.00 |
| 48 | 28.00 | 28.00 | 27.00 | 27.00 | 26.00 | 26.00 | 25.00 | 24.00 | 23.00 | 21.00 | 19.00 | 17.00 | 15.00 | 12.00 | 10.00 | 7.00 | 5.00 | 2.00 | 1.00 | 0.00 |
| 49 | 28.00 | 28.00 | 28.00 | 27.00 | 27.00 | 26.00 | 26.00 | 25.00 | 24.00 | 21.00 | 19.00 | 17.00 | 15.00 | 12.00 | 10.00 | 7.00 | 5.00 | 2.00 | 1.00 | 0.00 |
| 50 | 29.00 | 29.00 | 29.00 | 28.00 | 28.00 | 27.00 | 27.00 | 26.00 | 25.00 | 22.00 | 20.00 | 18.00 | 15.00 | 13.00 | 10.00 | 8.00 | 5.00 | 3.00 | 1.00 | 0.00 |
| 51 | 30.00 | 30.00 | 30.00 | 29.00 | 29.00 | 28.00 | 28.00 | 26.00 | 26.00 | 24.00 | 21.00 | 18.00 | 16.00 | 13.00 | 11.00 | 8.00 | 5.00 | 3.00 | 1.00 | 0.00 |
| 52 | 31.00 | 31.00 | 31.00 | 31.00 | 30.00 | 29.00 | 28.00 | 28.00 | 27.00 | 24.00 | 22.00 | 19.00 | 17.00 | 14.00 | 11.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 53 | 31.00 | 31.00 | 33.00 | 31.00 | 31.00 | 30.00 | 29.00 | 29.00 | 27.00 | 25.00 | 23.00 | 20.00 | 17.00 | 15.00 | 12.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 54 | 33.00 | 33.00 | 33.00 | 33.00 | 32.00 | 31.00 | 30.00 | 30.00 | 28.00 | 25.00 | 23.00 | 20.00 | 18.00 | 15.00 | 12.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 55 | 34.00 | 34.00 | 34.00 | 35.00 | 33.00 | 32.00 | 32.00 | 31.00 | 29.00 | 26.00 | 24.00 | 21.00 | 18.00 | 15.00 | 12.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 56 | 35.00 | 35.00 | 35.00 | 35.00 | 34.00 | 34.00 | 33.00 | 32.00 | 30.00 | 27.00 | 25.00 | 22.00 | 18.00 | 15.00 | 12.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 57 | 36.00 | 36.00 | 36.00 | 36.00 | 35.00 | 35.00 | 34.00 | 33.00 | 31.00 | 28.00 | 26.00 | 22.00 | 19.00 | 16.00 | 13.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 58 | 37.00 | 37.00 | 37.00 | 37.00 | 36.00 | 36.00 | 36.00 | 34.00 | 32.00 | 29.00 | 26.00 | 23.00 | 19.00 | 16.00 | 13.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 59 | 38.00 | 38.00 | 38.00 | 38.00 | 37.00 | 37.00 | 36.00 | 34.00 | 32.00 | 29.00 | 26.00 | 23.00 | 19.00 | 16.00 | 13.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 60 | 39.00 | 39.00 | 39.00 | 39.00 | 38.00 | 38.00 | 37.00 | 35.00 | 33.00 | 29.00 | 27.00 | 23.00 | 20.00 | 16.00 | 13.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 61 | 40.00 | 40.00 | 40.00 | 40.00 | 39.00 | 38.00 | 37.00 | 36.00 | 33.00 | 30.00 | 27.00 | 23.00 | 20.00 | 16.00 | 12.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 62 | 40.00 | 40.00 | 40.00 | 40.00 | 39.00 | 38.00 | 37.00 | 36.00 | 34.00 | 30.00 | 27.00 | 23.00 | 19.00 | 15.00 | 12.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 63 | 41.00 | 41.00 | 41.00 | 41.00 | 40.00 | 39.00 | 38.00 | 37.00 | 34.00 | 31.00 | 27.00 | 23.00 | 19.00 | 15.00 | 12.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 64 | 42.00 | 42.00 | 42.00 | 42.00 | 41.00 | 39.00 | 38.00 | 36.00 | 34.00 | 31.00 | 27.00 | 23.00 | 19.00 | 15.00 | 12.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 65 | 43.00 | 43.00 | 43.00 | 42.00 | 40.00 | 38.00 | 37.00 | 35.00 | 33.00 | 31.00 | 27.00 | 23.00 | 19.00 | 15.00 | 11.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 |
| 66 | 41.00 | 41.00 | 41.00 | 40.00 | 39.00 | 38.00 | 36.00 | 34.00 | 32.00 | 29.00 | 25.00 | 22.00 | 18.00 | 14.00 | 11.00 | 9.00 | 5.00 | 3.00 | 1.00 | 0.00 |
| 67 | 40.00 | 39.00 | 40.00 | 40.00 | 38.00 | 38.00 | 35.00 | 35.00 | 32.00 | 27.00 | 24.00 | 21.00 | 17.00 | 13.00 | 10.00 | 8.00 | 5.00 | 2.00 | 1.00 | 0.00 |
| 68 | 39.00 | 39.00 | 37.00 | 35.00 | 33.00 | 33.00 | 33.00 | 30.00 | 29.00 | 23.00 | 22.00 | 19.00 | 16.00 | 12.00 | 10.00 | 8.00 | 4.00 | 2.00 | 0.00 | 0.00 |
| 69 | 37.00 | 38.00 | 35.00 | 32.00 | 32.00 | 31.00 | 30.00 | 28.00 | 28.00 | 23.00 | 21.00 | 18.00 | 15.00 | 12.00 | 10.00 | 7.00 | 4.00 | 1.00 | 0.00 | 0.00 |
| 70 | 36.00 | 35.00 | 32.00 | 30.00 | 30.00 | 29.00 | 28.00 | 26.00 | 24.00 | 22.00 | 19.00 | 17.00 | 14.00 | 11.00 | 10.00 | 7.00 | 3.00 | 1.00 | 0.00 | 0.00 |
| 71 | 35.00 | 34.00 | 32.00 | 29.00 | 28.00 | 27.00 | 27.00 | 25.00 | 22.00 | 20.00 | 18.00 | 15.00 | 11.00 | 11.00 | 9.00 | 6.00 | 3.00 | 1.00 | 0.00 | 0.00 |
| 72 | 35.00 | 33.00 | 31.00 | 28.00 | 26.00 | 26.00 | 25.00 | 23.00 | 21.00 | 19.00 | 17.00 | 14.00 | 12.00 | 10.00 | 8.00 | 6.00 | 2.00 | 0.00 | 0.00 | 0.00 |
| 73 | 34.00 | 32.00 | 30.00 | 28.00 | 25.00 | 24.00 | 23.00 | 23.00 | 19.00 | 16.00 | 14.00 | 12.00 | 10.00 | 9.00 | 7.00 | 5.00 | 1.00 | 0.00 | 0.00 | 0.00 |
| 74 | 33.00 | 31.00 | 30.00 | 25.00 | 24.00 | 23.00 | 22.00 | 20.00 | 18.00 | 16.00 | 14.00 | 12.00 | 10.00 | 8.00 | 7.00 | 5.00 | 1.00 | 0.00 | 0.00 | 0.00 |

Page 21

D3329

M-NS

## TABLE OF SURRENDER CHARGES PER $1,000 OF BASE COVERAGE

The following charges apply to each $1,000 of initial Base Coverage surrendered during the Surrender Charge Period. The charges also apply to each $1,000 of increase in Base Coverage surrendered during the Surrender Charge Period of each increase. The word "surrender" as used in this provision means Full Surrender, or a reduction in Base Coverage at the request of the Owner, or due to a partial surrender. The charge for the surrender of all or any portion of the initial Base Coverage will be equal to the rate shown below for the age at issue and the year of surrender, multiplied by the number of thousands of initial Base Coverage being surrendered. The charges for surrender of all or any portion of any increase in Base Coverage will be equal to the rates shown below for the age at issue of such increase and year of surrender, multiplied by the number of thousands of such increase being surrendered. In addition, there will be an additional charge for each partial surrender as described in the Partial Surrender provision.

### Policy Years

| Issue Age Male | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 33.00 | 31.00 | 29.00 | 24.00 | 23.00 | 22.00 | 21.00 | 19.00 | 17.00 | 15.00 | 13.00 | 11.00 | 9.00 | 7.00 | 8.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 |
| 76 | 33.00 | 31.00 | 29.00 | 24.00 | 22.00 | 21.00 | 20.00 | 18.00 | 16.00 | 14.00 | 12.00 | 10.00 | 8.00 | 6.00 | 5.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 77 | 33.00 | 31.00 | 29.00 | 24.00 | 22.00 | 21.00 | 19.00 | 17.00 | 15.00 | 14.00 | 11.00 | 9.00 | 7.00 | 5.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 78 | 33.00 | 31.00 | 29.00 | 24.00 | 22.00 | 20.00 | 19.00 | 17.00 | 15.00 | 12.00 | 10.00 | 8.00 | 6.00 | 4.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 79 | 33.00 | 31.00 | 29.00 | 24.00 | 22.00 | 20.00 | 18.00 | 16.00 | 14.00 | 12.00 | 9.00 | 7.00 | 5.00 | 3.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 80 | 33.00 | 31.00 | 29.00 | 24.00 | 22.00 | 20.00 | 18.00 | 16.00 | 14.00 | 11.00 | 8.00 | 6.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 81 | 33.00 | 31.00 | 29.00 | 24.00 | 22.00 | 20.00 | 18.00 | 16.00 | 14.00 | 11.00 | 8.00 | 6.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 82 | 31.00 | 30.00 | 28.00 | 24.00 | 22.00 | 20.00 | 18.00 | 16.00 | 14.00 | 11.00 | 8.00 | 6.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 83 | 30.00 | 28.00 | 27.00 | 24.00 | 22.00 | 20.00 | 18.00 | 16.00 | 14.00 | 11.00 | 8.00 | 6.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 84 | 28.00 | 27.00 | 25.00 | 24.00 | 22.00 | 20.00 | 18.00 | 16.00 | 14.00 | 11.00 | 8.00 | 6.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 85 | 27.00 | 25.00 | 24.00 | 23.00 | 21.00 | 20.00 | 18.00 | 16.00 | 14.00 | 11.00 | 8.00 | 8.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 86 | 26.00 | 24.00 | 23.00 | 21.00 | 20.00 | 19.00 | 17.00 | 16.00 | 14.00 | 11.00 | 8.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 87 | 24.00 | 23.00 | 21.00 | 20.00 | 19.00 | 17.00 | 16.00 | 14.00 | 12.00 | 10.00 | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 88 | 23.00 | 22.00 | 20.00 | 19.00 | 18.00 | 16.00 | 14.00 | 13.00 | 10.00 | 8.00 | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 89 | 22.00 | 21.00 | 19.00 | 18.00 | 18.00 | 15.00 | 13.00 | 11.00 | 8.00 | 8.00 | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90 | 21.00 | 19.00 | 18.00 | 16.00 | 15.00 | 13.00 | 11.00 | 8.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

M-NS

**THIS PAGE INTENTIONALLY LEFT BLANK**

**Page 23**

## TABLES OF MONTHLY INSTALLMENTS FOR EACH $1,000 OF PROCEEDS

### OPTION 1 TABLE
#### INSTALLMENTS FOR A SPECIFIED PERIOD

| Number of Years Payable | Amount of Monthly Installments | Number of Years Payable | Amount of Monthly Installments | Number of Years Payable | Amount of Monthly Installments | Number of Years Payable | Amount of Monthly Installments |
|---|---|---|---|---|---|---|---|
| 1 | $84.09 | 11 | $8.42 | 21 | $4.85 | 31 | $3.59 |
| 2 | 42.46 | 12 | 7.80 | 22 | 4.67 | 32 | 3.51 |
| 3 | 28.59 | 13 | 7.26 | 23 | 4.51 | 33 | 3.44 |
| 4 | 21.65 | 14 | 6.81 | 24 | 4.36 | 34 | 3.37 |
| 5 | 17.49 | 15 | 6.42 | 25 | 4.22 | 35 | 3.30 |
| 6 | 14.72 | 16 | 6.07 | 26 | 4.10 | 36 | 3.23 |
| 7 | 12.74 | 17 | 5.77 | 27 | 3.98 | 37 | 3.17 |
| 8 | 11.25 | 18 | 5.50 | 28 | 3.87 | 38 | 3.12 |
| 9 | 10.10 | 19 | 5.26 | 29 | 3.77 | 39 | 3.06 |
| 10 | 9.18 | 20 | 5.04 | 30 | 3.68 | 40 | 3.01 |

### OPTION 3 TABLE
#### INSTALLMENTS FOR LIFE WITH SPECIFIED MINIMUM PERIOD

| AGE OF PAYEE | GUARANTEED PERIOD | | | AGE OF PAYEE | GUARANTEED PERIOD | | |
|---|---|---|---|---|---|---|---|
| Female | 10 Years | 15 Years | 20 Years | Female | 10 Years | 15 Years | 20 Years |
| 10 | $2.11 | $2.11 | $2.11 | 50 | $3.12 | $3.11 | $3.09 |
| 11 | 2.13 | 2.13 | 2.12 | 51 | 3.18 | 3.16 | 3.14 |
| 12 | 2.14 | 2.14 | 2.14 | 52 | 3.23 | 3.22 | 3.19 |
| 13 | 2.15 | 2.15 | 2.15 | 53 | 3.29 | 3.27 | 3.24 |
| 14 | 2.16 | 2.16 | 2.16 | 54 | 3.35 | 3.33 | 3.30 |
| 15 | 2.18 | 2.18 | 2.17 | 55 | 3.41 | 3.39 | 3.36 |
| 16 | 2.19 | 2.19 | 2.19 | 56 | 3.48 | 3.46 | 3.41 |
| 17 | 2.20 | 2.20 | 2.20 | 57 | 3.55 | 3.52 | 3.48 |
| 18 | 2.22 | 2.22 | 2.22 | 58 | 3.63 | 3.59 | 3.54 |
| 19 | 2.23 | 2.23 | 2.23 | 59 | 3.70 | 3.67 | 3.60 |
| 20 | 2.25 | 2.25 | 2.25 | 60 | 3.79 | 3.74 | 3.67 |
| 21 | 2.27 | 2.26 | 2.26 | 61 | 3.87 | 3.82 | 3.74 |
| 22 | 2.28 | 2.28 | 2.28 | 62 | 3.97 | 3.91 | 3.81 |
| 23 | 2.30 | 2.30 | 2.30 | 63 | 4.06 | 4.00 | 3.88 |
| 24 | 2.32 | 2.32 | 2.31 | 64 | 4.17 | 4.09 | 3.96 |
| 25 | 2.33 | 2.33 | 2.33 | 65 | 4.28 | 4.18 | 4.03 |
| 26 | 2.35 | 2.35 | 2.35 | 66 | 4.39 | 4.28 | 4.11 |
| 27 | 2.37 | 2.37 | 2.37 | 67 | 4.51 | 4.39 | 4.18 |
| 28 | 2.39 | 2.39 | 2.39 | 68 | 4.64 | 4.49 | 4.26 |
| 29 | 2.41 | 2.41 | 2.41 | 69 | 4.77 | 4.60 | 4.33 |
| 30 | 2.44 | 2.43 | 2.43 | 70 | 4.92 | 4.71 | 4.41 |
| 31 | 2.46 | 2.46 | 2.45 | 71 | 5.07 | 4.83 | 4.48 |
| 32 | 2.48 | 2.48 | 2.48 | 72 | 5.22 | 4.94 | 4.54 |
| 33 | 2.51 | 2.50 | 2.50 | 73 | 5.39 | 5.06 | 4.61 |
| 34 | 2.53 | 2.53 | 2.53 | 74 | 5.56 | 5.18 | 4.67 |
| 35 | 2.56 | 2.56 | 2.55 | 75 | 5.74 | 5.29 | 4.72 |
| 36 | 2.59 | 2.58 | 2.58 | 76 | 5.92 | 5.40 | 4.77 |
| 37 | 2.61 | 2.61 | 2.61 | 77 | 6.11 | 5.51 | 4.81 |
| 38 | 2.64 | 2.64 | 2.64 | 78 | 6.31 | 5.62 | 4.85 |
| 39 | 2.68 | 2.67 | 2.67 | 79 | 6.51 | 5.72 | 4.89 |
| 40 | 2.71 | 2.70 | 2.70 | 80 | 6.71 | 5.81 | 4.92 |
| 41 | 2.74 | 2.74 | 2.73 | 81 | 6.91 | 5.89 | 4.94 |
| 42 | 2.78 | 2.77 | 2.77 | 82 | 7.11 | 5.97 | 4.96 |
| 43 | 2.81 | 2.81 | 2.80 | 83 | 7.31 | 6.04 | 4.98 |
| 44 | 2.85 | 2.85 | 2.84 | 84 | 7.50 | 6.10 | 5.00 |
| 45 | 2.89 | 2.88 | 2.88 | 85 | 7.68 | 6.16 | 5.01 |
| 46 | 2.93 | 2.93 | 2.92 | 86 | 7.85 | 6.21 | 5.02 |
| 47 | 2.98 | 2.97 | 2.96 | 87 | 8.01 | 6.25 | 5.03 |
| 48 | 3.02 | 3.02 | 3.00 | 88 | 8.16 | 6.28 | 5.03 |
| 49 | 3.07 | 3.06 | 3.05 | 89 | 8.30 | 6.31 | 5.04 |
| | | | | 90 | 8.42 | 6.34 | 5.04 |

Payments are based upon the age, nearest birthday, of the Payee on the date the first payment is due. If monthly installments for two or more specified periods for a given age are the same, the specified period of longer duration will apply.

03329

Page 24

**TABLES OF MONTHLY INSTALLMENTS FOR EACH $1,000 OF PROCEEDS**

### OPTION 1 TABLE
### INSTALLMENTS FOR A SPECIFIED PERIOD

| Number of Years Payable | Amount of Monthly Installments | Number of Years Payable | Amount of Monthly Installments | Number of Years Payable | Amount of Monthly Installments | Number of Years Payable | Amount of Monthly Installments |
|---|---|---|---|---|---|---|---|
| 1 | $84.09 | 11 | $8.42 | 21 | $4.85 | 31 | $3.59 |
| 2 | 42.46 | 12 | 7.80 | 22 | 4.67 | 32 | 3.51 |
| 3 | 28.59 | 13 | 7.26 | 23 | 4.51 | 33 | 3.44 |
| 4 | 21.65 | 14 | 6.81 | 24 | 4.36 | 34 | 3.37 |
| 5 | 17.49 | 15 | 6.42 | 25 | 4.22 | 35 | 3.30 |
| 6 | 14.72 | 16 | 6.07 | 26 | 4.10 | 36 | 3.23 |
| 7 | 12.74 | 17 | 5.77 | 27 | 3.98 | 37 | 3.17 |
| 8 | 11.25 | 18 | 5.50 | 28 | 3.87 | 38 | 3.12 |
| 9 | 10.10 | 19 | 5.26 | 29 | 3.77 | 39 | 3.06 |
| 10 | 9.18 | 20 | 5.04 | 30 | 3.68 | 40 | 3.01 |

### OPTION 3 TABLE
### INSTALLMENTS FOR LIFE WITH SPECIFIED MINIMUM PERIOD

| AGE OF PAYEE | GUARANTEED PERIOD | | | AGE OF PAYEE | GUARANTEED PERIOD | | |
|---|---|---|---|---|---|---|---|
| Male | 10 Years | 15 Years | 20 Years | Male | 10 Years | 15 Years | 20 Years |
| 10 | $2.17 | $2.17 | $2.16 | 50 | $3.31 | $3.29 | $3.25 |
| 11 | 2.18 | 2.18 | 2.18 | 51 | 3.37 | 3.35 | 3.31 |
| 12 | 2.19 | 2.19 | 2.19 | 52 | 3.43 | 3.41 | 3.36 |
| 13 | 2.21 | 2.21 | 2.20 | 53 | 3.50 | 3.47 | 3.42 |
| 14 | 2.22 | 2.22 | 2.22 | 54 | 3.57 | 3.53 | 3.47 |
| 15 | 2.24 | 2.23 | 2.23 | 55 | 3.64 | 3.60 | 3.53 |
| 16 | 2.25 | 2.25 | 2.25 | 56 | 3.72 | 3.67 | 3.60 |
| 17 | 2.27 | 2.26 | 2.26 | 57 | 3.80 | 3.74 | 3.66 |
| 18 | 2.28 | 2.28 | 2.28 | 58 | 3.88 | 3.82 | 3.72 |
| 19 | 2.30 | 2.30 | 2.29 | 59 | 3.97 | 3.90 | 3.79 |
| 20 | 2.32 | 2.31 | 2.31 | 60 | 4.06 | 3.98 | 3.86 |
| 21 | 2.33 | 2.33 | 2.33 | 61 | 4.16 | 4.07 | 3.92 |
| 22 | 2.35 | 2.35 | 2.35 | 62 | 4.26 | 4.16 | 3.99 |
| 23 | 2.37 | 2.37 | 2.37 | 63 | 4.37 | 4.25 | 4.06 |
| 24 | 2.39 | 2.39 | 2.39 | 64 | 4.49 | 4.34 | 4.13 |
| 25 | 2.41 | 2.41 | 2.41 | 65 | 4.61 | 4.44 | 4.20 |
| 26 | 2.43 | 2.43 | 2.43 | 66 | 4.73 | 4.54 | 4.27 |
| 27 | 2.45 | 2.45 | 2.45 | 67 | 4.86 | 4.64 | 4.34 |
| 28 | 2.48 | 2.47 | 2.47 | 68 | 5.00 | 4.75 | 4.40 |
| 29 | 2.50 | 2.50 | 2.49 | 69 | 5.14 | 4.85 | 4.47 |
| 30 | 2.52 | 2.52 | 2.52 | 70 | 5.29 | 4.95 | 4.53 |
| 31 | 2.55 | 2.55 | 2.54 | 71 | 5.44 | 5.06 | 4.59 |
| 32 | 2.58 | 2.57 | 2.57 | 72 | 5.60 | 5.16 | 4.64 |
| 33 | 2.60 | 2.60 | 2.60 | 73 | 5.76 | 5.27 | 4.69 |
| 34 | 2.63 | 2.63 | 2.62 | 74 | 5.92 | 5.37 | 4.74 |
| 35 | 2.66 | 2.66 | 2.65 | 75 | 6.09 | 5.47 | 4.78 |
| 36 | 2.69 | 2.69 | 2.69 | 76 | 6.27 | 5.56 | 4.82 |
| 37 | 2.73 | 2.72 | 2.72 | 77 | 6.44 | 5.66 | 4.86 |
| 38 | 2.76 | 2.76 | 2.75 | 78 | 6.62 | 5.74 | 4.89 |
| 39 | 2.80 | 2.79 | 2.78 | 79 | 6.80 | 5.82 | 4.92 |
| 40 | 2.84 | 2.83 | 2.82 | 80 | 6.98 | 5.90 | 4.94 |
| 41 | 2.87 | 2.87 | 2.85 | 81 | 7.16 | 5.97 | 4.96 |
| 42 | 2.92 | 2.91 | 2.89 | 82 | 7.34 | 6.04 | 4.98 |
| 43 | 2.96 | 2.95 | 2.93 | 83 | 7.51 | 6.10 | 5.00 |
| 44 | 3.00 | 2.99 | 2.97 | 84 | 7.67 | 6.15 | 5.01 |
| 45 | 3.05 | 3.04 | 3.02 | 85 | 7.83 | 6.20 | 5.02 |
| 46 | 3.10 | 3.08 | 3.06 | 86 | 7.98 | 6.24 | 5.02 |
| 47 | 3.15 | 3.13 | 3.11 | 87 | 8.12 | 6.27 | 5.03 |
| 48 | 3.20 | 3.18 | 3.15 | 88 | 8.26 | 6.30 | 5.03 |
| 49 | 3.25 | 3.23 | 3.20 | 89 | 8.38 | 6.33 | 5.04 |
|  |  |  |  | 90 | 8.50 | 6.35 | 5.04 |

Payments are based upon the age, nearest birthday, of the Payee on the date the first payment is due. If monthly installments for two or more specified periods for a given age are the same, the specified period of longer duration will apply.

03329

Page 25

A-25

NOV. 22. 2005 12:45PM  5012762894            NSSC            NO. 764   P. 4  11



**AMERICAN GENERAL**

**Amendment of Application**
**Policy Acceptance Acknowledgement**
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

Insured(s)          MEYER MAGID
Policy Number:      UM0039913L

I hereby acknowledge receipt and acceptance of the policy described above.

I also accept all matters set forth in the policy, which was issued, but differ from the policy for which application was made. Those differences, where I hereby accept, are as follows:

- Issued with the Primary Beneficiary as Mike Magid Irrevocable Trust dated 08/08/2005 with Murray Cohen as Trustee.
- My medical examination dated 07/25/2005 on a form from Transamerica Occidental Life Insurance Company, including any attached papers, a copy of which is included in this policy, is hereby amended to be a medical examination for American General Life Insurance Company.
-

I hereby represent that I have read, understand and verify the accuracy of the statements made above. I agree that this Acknowledgment will be made a part of the policy. I understand that if any statement above is not true, I should not sign this form. Instead, I should have the policy returned to the Company with full details for further underwriting consideration.

Dated this _16_ day of _Nov_ 20 _05_

Witness _____

_____
Proposed Insured

_____
Signature of Second Proposed Insured
(if applicable)

_____
Owner (if other than Insured)

**Midwest Operations Center**
PO Box 401 • Milwaukee, WI 53201-0401

MAOLNB043

A-26

OCT. 12. 2005  8:25AM                                          NO. 619    P.  2

 **AMERICAN GENERAL**

**Part A  Life Insurance Application**

☑ American General Life Insurance Company, Houston, TX
☐ The United States Life Insurance Company in the City of New York, New York, NY

Members of American International Group, Inc.
In this application, "Company" refers to the insurance company whose name is checked above.
The insurance company checked above is **solely** responsible for the obligation and payment of benefits under any policy that it may issue. No other company shown is responsible for such obligations or payments.

| Personal Information |
|---|

**1. Primary Proposed Insured**

Name (MIKE) MAGid WEYER    Social Security # REDACTED-9954    Sex ☑ M ☐ F

Birthplace (state, country) Brooklyn, N.Y.    Date of Birth REDACTED 21    Age 83

**Tobacco use** Have you ever used any form of tobacco or nicotine products? ☐ yes ☑ no  If yes, date of last use _____

If yes, type and quantity of tobacco or nicotine products used _____

Driver's License No. REDACTED    State FL  U.S.Citizen ☑ yes ☐ no  If no, Date of Entry _____ Visa Type _____

Address REDACTED    City, State Pompano, Beach, FC  ZIP 33069

Home Phone REDACTED    Work Phone ( )    E-mail Address _____

Employer _____    Occupation _____    Length of Employment _____

Employer Address _____    City, State _____    ZIP _____

Duties _____

Personal Income $ _____    Household Income $ _____    Net Worth $ _____

**2. Other Proposed Insured**

Name _____    Social Security # _____    Sex ☐ M ☐ F

Birthplace (state, country) _____    Date of Birth _____    Age _____

Relationship to Primary Proposed Insured _____

**Tobacco use** Have you ever used any form of tobacco or nicotine products? ☐ yes ☐ no  If yes, date of last use _____

If yes, type and quantity of tobacco or nicotine products used _____

Driver's License No. _____    State ___ U.S.Citizen ☐ yes ☐ no  If no, Date of Entry _____ Visa Type _____

Address _____    City, State _____    ZIP _____

Home Phone ( )    Work Phone ( )    E-mail Address _____

Employer _____    Occupation _____    Length of Employment _____

Employer Address _____    City, State _____    ZIP _____

Duties _____

Personal Income $ _____    Household Income $ _____    Net Worth $ _____

**3. Child Rider** (Complete if a proposed insured requests child riders. If more than three children, list information in the Remarks section. Remember to complete Part B, sections 3–7, for all proposed insured children.)

| Child Name | Sex | Birthplace (state, country) | Date of Birth |
|---|---|---|---|
| i | ☐ M ☐ F | | |
| | ☐ M ☐ F | | |
| | ☐ M ☐ F | | |

AGLC1005 5-2003

Page 1 of 7  NJ

A-27

OCT. 12. 2005  8:25AM                                      NO. 619   P. 3

| Ownership |
|---|

4. **Owner**  ☐ Primary Proposed Insured  ☐ Other Proposed Insured  ☒ Trust  ☐ Other than a Proposed Insured or Trust
A. Complete if the proposed insured is not the owner *(If contingent owner is required, use Remarks section.)*

Name *Mike Magid Irr Trust*  Social Security or Tax ID # _____  Date of Birth _____

Address _____  City, State _____  ZIP _____

Home Phone ( ___ )_____  Relationship to Primary Proposed Insured _____

B. **Complete if owner is a trust** *(If trustee is premium payor, also complete section 14 D.)*
Exact Name of Trust *Meyer Magid Irr. Trust*  Trust Tax ID # **REDACTED**
Current Trustee(s) *Murray Cohen*  Date of Trust *8/8/05*

| Product Information |
|---|

5. **Product Name** *(If variable, complete appropriate supplement)* *Platinum Provider Ultra G*
Amount Applied For: Base Coverage $ *5,000,000*  Supplemental Coverage *(If applicable)* $ _____
Death Benefit Compliance Test Used *(If applicable)*: ☐ Guideline Premium  ☐ Cash Value Accumulation
Automatic Premium Loan *(If applicable)*: ☐ Yes  ☐ No
Premium Class Quoted *Standard*
Reason for Insurance _____

6. **Dividend Options** *(For participating policy only.)*
☐ Cash  ☐ Premium Reduction  ☐ Paid-up Additions  ☐ Deposit Earning Interest  ☐ Other *(Explain)* _____

7. **Death Benefit Options** *(For UL & VUL only.)*  ☒ Option 1 - Level  ☐ Option 2 - Increasing  ☐ Option 3 – Level Plus Return of Premium

8. **Riders**  ☐ Waiver of Premium  ☐ Waiver of Monthly Deduction  ☐ Waiver of Monthly Guarantee Premium
☐ Maturity Extension Rider – Accumulation Value  ☐ Maturity Extension Rider – Death Benefit  ☐ Terminal Illness Rider
☐ Accidental Death Benefit $ _____  ☐ Other Insured $ _____  ☐ Child $ _____
☐ Spouse $ _____  Plan _____  ☐ Other Rider(s) _____

| Beneficiary |
|---|

9. **Primary**  Name *SEE Attached*  Relationship _____  % Share _____
Name _____  Relationship _____  % Share _____

10. **Contingent**  Name _____  Relationship _____  % Share _____
Name _____  Relationship _____  % Share _____

11. **Trust Information**  Exact Name of Trust _____  Trust Tax ID # _____
Current Trustee(s) _____  Date of Trust _____

12. **Rider Beneficiaries**  Spouse Rider _____  Child Rider _____

| Business Coverage |
|---|

13. **Business Details** *(Complete only if applying for business coverage.)*
Does any proposed insured have an ownership interest in the business? ☐ yes ☐ no
If yes, what is the percentage of ownership for the: Primary Proposed Insured _____  Other Proposed Insured _____
If buy-sell, stock redemption, or key person insurance, will all partners or key people be covered? ☐ yes ☐ no
Describe any special circumstances. _____

| Premium |
|---|

14. **Premium Payment**  ☒ Modal $ *430,158.46*  ☐ Single $ _____  ☐ Additional Initial $ _____
A. **Frequency of modal premium:**  ☒ Annual  ☐ Semi-annual  ☐ Quarterly  ☐ Monthly (Bank draft)
B. **Method:**  ☒ Direct Billing  ☐ Bank Draft *(Complete Bank Draft Authorization.)*  ☐ List Bill: Number _____
☐ Other *(Please explain.)* _____
C. **Amount submitted with application** $ _____
D. **Premium Payor** *(Complete if other than proposed insured.)*
Name _____  Social Security or Tax ID # _____  Home Phone ( ___ )_____
Address _____  City, State _____  ZIP _____

AGLC10066S-2005

Page 2 of 7

A-28

OCT. 12. 2005  8:25AM                                                    NO. 619    P. 4

---

**Existing Coverage**

**15. Other Life Insurance or Annuities**  *(Indicate life insurance policies or annuities in force or pending for the proposed insured(s).)*
Does any proposed insured have any existing or pending annuity or life insurance contracts?   ☑ yes ☐ no
*(If yes, indicate life insurance policies or annuities in force or pending for the proposed insured(s).)*
**Type:  i =** individual, **b =** business, **g =** group, **p =** pending life insurance or annuity

| Name of Proposed Insured | Policy Number | Insurance Company | Type(s) (see above) | Year of Issue | Face Amount | Replace* | 1035 Ex |
|---|---|---|---|---|---|---|---|
| MEYER MAgid | UA347629 | WEST Coast Life | | 1995 | 1 MM | ☐ yes | ☐ yes |
| | | | | | | ☐ yes | ☐ yes |
| | | | | | | ☐ yes | ☐ yes |
| | | | | | | ☐ yes | ☐ yes |

\* **Replace** means that the insurance being applied for may replace, change or use any monetary value of any existing or pending life insurance policy or annuity.  If replacement may be involved, complete and submit replacement-related forms.  Please note: certain states require completion of replacement related forms even when other life insurance or annuities are not being replaced by the policy being applied for.

**Limited Temporary Life Insurance Eligibility**

**16. Health and Age Questions**   *(If any proposed insured answers yes to either question, temporary insurance is not available, the agreement will be void and any payment submitted will be refunded.)*

A. Has any proposed insured ever had a heart attack, stroke, cancer, diabetes or disorder of the immune system, or during the last two years been confined in a hospital or other health care facility or been advised to have any diagnostic test or surgery not yet performed?   ☑ yes ☐ no
B. Is any proposed insured age 71 or above?   ☑ yes ☐ no

**Nonmedical Questions**

**17. Background Information**   *(Complete questions A through F for all proposed insureds who are applying. If yes answer applies to any proposed insured, provide details specified after each question.)*

A. Do any proposed insureds intend to travel or reside outside of the United States or Canada within the next two years?   ☐ yes ☑ no
*(If yes, list proposed insured's name, country, date, length of stay and purpose.)* _____

B. In the past five years, have any proposed insureds participated in, or do they intend to participate in: any flights as a trainee, pilot or crew member, scuba diving, skydiving or parachuting, ultralight aviation, auto racing, cave exploration, hang gliding, boat racing, mountaineering, extreme sports or other hazardous activities?   ☐ yes ☑ no
*(If yes, circle the applicable activities and complete the Aviation and/or Avocation Questionnaire.)*
C. Have any proposed insureds:
   1) During the past 90 days submitted an application for life insurance to any other company or begun the process of filling out an application?   ☐ yes ☑ no
   *(If yes, list proposed insured's name, company name, amount applied for, purpose of insurance and if app will be placed.)* _____

   2) Ever had a life or disability insurance application modified, rated, declined, postponed, withdrawn, canceled or refused for renewal?   ☐ yes ☑ no
   *(If yes, list proposed insured's name, date and reason.)* _____

D. Have any proposed insureds ever filed for bankruptcy?  *(If yes, list proposed insured's name, chapter filed, date, reason and if discharged.)*   ☐ yes ☑ no

E. In the past five years, have any proposed insureds been charged with or convicted of driving under the influence of alcohol or drugs or had any driving violations?  *(If yes, list proposed insured's name, date, state, license no. and specific violation.)*   ☐ yes ☑ no

F. Have any proposed insureds ever been convicted of, or pled guilty or no contest to a felony, or do they have any such charge pending against them?  *(If yes, list proposed insured name, date, state and felony.)*   ☐ yes ☑ no

**Remarks**

**18. Details and Explanations** _____

A-29

OCT. 12. 2005  8:25AM                                    NO. 619   P. 5

---

**Authorization and Signatures**

American General Life Insurance Company, Houston, TX          The United States Life Insurance Company in the City of New York, New York, NY

The above listed life insurance company as selected on page one of this application is solely responsible for the obligation and payment of benefits under any policy that it may issue. No other company is responsible for such obligations or payments. In this application, "Company" refers to the insurance company which was selected on page one.

**Authorization to Obtain and Disclose Information and Declaration**

I give my consent to all of the entities listed below to give to the Company, its legal representative, American General Life Companies (AGLC) (an affiliated service company), and affiliated insurers all information they have pertaining to: medical consultations, treatments, or surgeries; hospital confinements for physical and mental conditions; use of drugs or alcohol; or any other information for me, my spouse or my minor children. Other information could include items such as: personal finances; habits; hazardous avocations; motor vehicle records from the Department of Motor Vehicles; court records; or foreign travel, etc. I give my consent for the information outlined above to be provided by: any physician or medical practitioner; any hospital, clinic or other health care facility; any insurance or reinsurance company; any consumer reporting agency or insurance support organization; my employer; or the Medical Information Bureau (MIB).

I understand the information obtained will be used by the Company to determine: (1) eligibility for insurance; and (2) eligibility for benefits under an existing policy. Any information gathered during the evaluation of my application may be disclosed to: reinsurers; the MIB; other persons or organizations performing business or legal services in connection with my application or claim; me; any physician designated by me; or any person or entity required to receive such information by law or as I may further consent.

I, as well as any person authorized to act on my behalf, may, upon written request, obtain a copy of this consent. I understand this consent may be revoked at any time by sending a written request to the Company, Attn: Underwriting Department at P.O. Box 1931, Houston, TX 77251-1931.

This consent will be valid for 24 months from the date of this application. I agree that a copy of this consent will be as valid as the original. I authorize AGLC or affiliated insurers to obtain an investigative consumer report on me. I understand that I may: request to be interviewed for the report; and receive, upon written request, a copy of such report. ☐ Check if you wish to be interviewed.

I have read the above statements or they have been read to me. They are true and complete to the best of my knowledge and belief. I understand that this application: (1) will consist of Part A, Part B, and if applicable, related forms; and (2) shall be the basis for any policy issued. I understand that any misrepresentation contained in this application and relied on by the Company may be used to reduce or deny a claim or void the policy if: (1) it is within its contestable period; and (2) such misrepresentation materially affects the acceptance of the risk. Except as may be provided in a Limited Temporary Life Insurance Agreement (LTLIA), I understand and agree that no insurance will be in effect under this application, or under any new policy issued by the Company, unless or until: the policy has been delivered and accepted; the full first modal premium for the issued policy has been paid; and there has been no change in the health of any proposed insured that would change the answers to any questions in the application.

I understand and agree that no agent is authorized to: accept risks or pass upon insurability; make or modify contracts; or waive any of the insurer's rights or requirements.

I have received a copy of the Notices to the Proposed Insured.

Limited Temporary Life Insurance Agreement – If eligible, I have received and accepted the LTLIA. Such insurance is available only if: (1) the full first modal premium is submitted with this application; and (2) only "no" answers have been given by any proposed insured to the Health and Age Questions.

Under penalties of perjury, I certify: (1) that the number shown on this application is my correct Social Security or Tax ID number; and (2) that I am not subject to backup withholding under Section 3406(a)(1)(C) of the Internal Revenue Code; and (3) that I am a U.S. person (including a U.S. resident alien). The Internal Revenue Service does not require my consent to any provisions of this document other than the certifications required to avoid backup withholding. You must cross out item (2) if you are subject to backup withholding and cross out item (3) if you are not a U.S. person (including a U.S. resident alien).

**Proposed Insured(s)/Owner Signature(s)**

Signed at (city, state)  Hanesport          NJ     On (date)  9-19-05

X  Weucy May                          X _____
Primary Proposed Insured (if under age 15, signature of parent or guardian)    Other Proposed Insured (if under age 15, signature of parent or guardian)

X _____
Owner (if other than proposed insured)

**Agent(s) Signature(s)**

I certify that the information supplied by the proposed insured(s)/owner has been truthfully and accurately recorded on the Part A application.

Christopher Perry                     3FE11
Writing Agent Name (please print)          Writing Agent #

X _____          X _____
Writing Agent Signature                     Countersigned (Licensed resident agent if state required)

| If the Company needs to contact the proposed insured(s), when would be the best time to call? | | | |
|---|---|---|---|
| Time | Day of the Week | Date | Phone # (     ) |

AGLC100565-2008                                                    Page 4 of 7

A-30

OCT. 12. 2005  8:26AM                                                    NO. 619    P. 6

| Agent's Report |
| --- |

1. **Statement:**
   A. Number of years you have known: Primary Proposed Insured _____ *1 YR* _____ Other Proposed Insured _____
   B. I have ordered/obtained the following requirements: ☐ APS  ☐ Blood Profile/Urinalysis  ☐ EKG  ☐ Inspection Report
      ☐ MD Exam   ☐ Oral Fluids *(as state permits)*   ☐ Paramedical Exam   ☐ Treadmill  ☐ Urinalysis Only

   C. If requirements are scheduled, please provide name of examiner, clinic and date ordered. _____

   D. Did you personally see the proposed insured(s) on the date of this application, ask each question, and accurately record
      the answers yourself? *(If no, please provide details in the Remarks section below.)*  ☑ yes  ☐ no
   E. Does any proposed insured have any existing or pending annuity or life insurance contracts?  ☑ yes  ☐ no
      If yes, do you have any information that indicates that any proposed insured may replace, change, or use any monetary value
      of any existing or pending life insurance policy or annuity with any company in connection with the purchase of insurance?  ☐ yes  ☑ no
      *(If yes, please provide details in the Remarks section below and attach all replacement-related forms. Certain states require
      completion of replacement-related forms even when other life insurance or annuities are not being replaced by the policy
      being applied for.)*
   F. Are you aware of any information that would adversely affect any proposed insured's eligibility, acceptability, or insurability?  ☐ yes  ☑ no
      *(If yes, please provide details in the Remarks section below, and do not provide limited temporary life insurance.)*
   G. Did you provide the client with a Limited Temporary Life Insurance Agreement?  ☐ yes  ☑ no
   H. Have any of the proposed insureds or the owner submitted an application for coverage with any insurance member of the
      American International Group, Inc. within the last 30 days?  ☐ yes  ☑ no
   I. If primary proposed insured is a child or age 18 and over and not self-supporting, what
      amount of insurance is in force on the father? $ _____ and/or mother? $ _____ and/or siblings? $ _____
   J. Are you related by blood or marriage to any proposed insured?  ☐ yes  ☑ no
      *(If yes, relationship)* _____

| Remarks |
| --- |

2. **Details and Explanations** *(Please include information on any split dollar, collateral assignment, etc.)* _____
   *1,000,000 Policy in force with West Coast Life.*

| Commission |
| --- |

3. **Agent/Agency Information** *(Please list servicing agent first.)*

| Agent(s) to Receive Commission | Agency Number | Agent Number | Percent of Split | Broker-Dealer (if variable) |
| --- | --- | --- | --- | --- |
| *Christopher Feeny* | | *3F 3FE11* | | ☐ AGSI ☐ Other: _____ |
| | | | | ☐ AGSI ☐ Other: _____ |
| | | | | ☐ AGSI ☐ Other: _____ |
| | | | | ☐ AGSI ☐ Other: _____ |

Writing Agent **X** _____  Date  *9-19-05*
Social Security or REDACTED    Phone REDACTED
E-mail Address *Cfeeny1@yahoo.com*    Fax # ( )
**For Broker-Dealer use**
Processing Center _____ Contact Person _____ Phone # ( )
Servicing agent (if other than writing agent) send policy/delivery requirements to _____

A-31

OCT. 12. 2005  8:27AM                                    NO. 619    P. 11

 **AMERICAN GENERAL**

**Part B  Life Insurance Application**
**New Jersey Version**

☑ American General Life Insurance Company, Houston, TX
☐ The United States Life Insurance Company in the City of New York, New York, NY

Members of American International Group, Inc.

In this application, "Company" refers to the insurance company whose name is checked above.
The insurance company checked above is solely responsible for the obligation and payment of benefits under any policy that it may issue. No other company shown is responsible for such obligations or payments.

| Personal Information |
|---|

1. **Primary Proposed Insured**
   Name _Meyer Magid_   Date of Birth ▮▮/21    Social Security # ▮▮▮-9954

2. **Other Proposed Insured**
   Name _____   Date of Birth _____   Social Security # _____

3. **Children** *(Provide name and date of birth for all children.)*
   _____

| Medical History |
|---|

4. **Physician Information**
   Name and address of each proposed insured's personal physician(s). *(Write None if proposed insured(s) do not have one.)*
   Primary Proposed Insured _DR. Vincent Guida_
   Other Proposed Insured _____
   Child(ren) _____
   Name of insured, date, reason, findings and treatment at last visit _Check Up 2months Ago._
   _____
   _____
   _____

5. **Height and Weight**
   Primary Proposed Insured _5_ ft. _7_ in. _144_ lbs.   Other Proposed Insured _____ ft. _____ in. _____ lbs.
   Child Name _____ _____ ft. _____ in. _____ lbs.  If less than 1 yr. old, weight at birth _____
   Child Name _____ _____ ft. _____ in. _____ lbs.  If less than 1 yr. old, weight at birth _____
   Child Name _____ _____ ft. _____ in. _____ lbs.  If less than 1 yr. old, weight at birth _____
   Has any proposed insured had any weight change in excess of 10 lbs. in the past year?  ☐ yes ☐ no  If yes, complete:
   Name _____ Loss ____ lbs.  Gain ____ lbs. Reason _____

6. **Family History**

| | Age if Living | Age at Death | Heart Disease? | Cancer History? |
|---|---|---|---|---|
| **Primary Proposed Insured** | | | | |
| Father | | 72 | ☑ No ☐ Yes, age of onset ____ | ☑ No ☐ Yes, age of onset ____ Type _____ |
| Mother | | 86 | ☑ No ☐ Yes, age of onset ____ | ☑ No ☐ Yes, age of onset ____ Type _____ |
| **Other Proposed Insured** | | | | |
| Father | | | ☐ No ☐ Yes, age of onset ____ | ☐ No ☐ Yes, age of onset ____ Type _____ |
| Mother | | | ☐ No ☐ Yes, age of onset ____ | ☐ No ☐ Yes, age of onset ____ Type _____ |

AGLC 10056 -NJ                                                    Page 1 of 4

A-32

OCT. 12. 2005  8:27AM                                            NO. 619   P. 12

**7. Personal Health History**

*Complete questions A through G for all proposed insureds who are applying. If yes answer applies to any proposed insured, provide details, such as: proposed insured's name, date of first diagnosis, name and address of doctor, tests performed, test results, medication(s) or recommended treatment in the area provided.*

A. Has any proposed insured ever been diagnosed as having, been treated for, or consulted a licensed health care provider for:

1) heart disease, heart attack, chest pain, irregular heartbeat, heart murmur, high cholesterol, high blood pressure or other disorder of the heart?



2) a blood clot, aneurysm, stroke, or other disease, disorder or blockage of the arteries or veins?

3) cancer, tumors, masses, cysts or other such abnormalities?

4) diabetes, a disorder of the thyroid or other glands or a disorder of the immune system, blood or lymphatic system?

5) colitis, hepatitis or a disorder of the esophagus, stomach, liver, pancreas, gall bladder or intestine?

6) a disorder of the kidneys, bladder, prostate or reproductive organs or sugar or protein in the urine?

7) asthma, bronchitis, emphysema, sleep apnea or other breathing or lung disorder?

8) seizures, a disorder of the brain or spinal cord or other nervous system abnormality, including a mental or nervous disorder?

9) arthritis, muscle disorders, connective tissue disease or other bone or joint disorders?

*(If any question above is answered yes, explain.)*

**Name of Proposed Insured**                                **Details**

REDACTED

B. Is any proposed insured currently taking any medication, treatment or therapy or under medical observation? *(If yes, explain.)*

**Name of Proposed Insured**                                **Details**

REDACTED

C. Has any proposed insured in the past three years had but not sought treatment for:

1) fainting spells, nervous disorder, headaches, convulsions or paralysis?

2) any pain or discomfort in the chest or shortness of breath?

3) disorders of the stomach, intestines or rectum, or blood in the urine?

*(If any question above is answered yes, explain.)*

**Name of Proposed Insured**                                **Details**

AGLC 1005 6-NJ                                                    Page 2 of 4

A-33

OCT. 12. 2005  8:27AM                                            NO. 619   P. 13

**Personal Health History (cont.)**

*If yes answer applies to any proposed insured, provide details, such as: proposed insured's name, date of first diagnosis, name and address of doctor, tests performed, test results, medication(s) or recommended treatment in the area provided.*

**D.** Has any proposed insured ever:

   1) sought or received advice, counseling or treatment by a medical professional for the use of alcohol or drugs, including prescription drugs?

   2) used cocaine, marijuana, heroin, controlled substances or any other drug, except as legally prescribed by a physician?

   *(If yes answered to D1 or D2, complete Drug/Alcohol Questionnaire.)*

**E.** Has any proposed insured ever been diagnosed or treated by any member of the medical profession for AIDS Related Complex (ARC) or Acquired Immune Deficiency Syndrome (AIDS)? *(If yes, explain.)*

REDACTED

| Name of Proposed Insured | Details |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**F.** In the past 10 years, has any proposed insured:

   1) been hospitalized, consulted a health care provider or had any illness, injury or surgery?

   2) had any laboratory tests, treatments or diagnostic procedures, including x-rays, scans or EKGs?

   3) been advised to have any diagnostic test, hospitalization or treatment that was not completed?

   4) received or claimed disability or hospital indemnity benefits or a pension for any injury, sickness, disability or impaired condition?

   *(If any question above is answered yes, explain.)*

REDACTED

| Name of Proposed Insured | Details |
|---|---|
| REDACTED |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**G.** Does any proposed insured have any symptoms or knowledge of any other condition that is not disclosed above? *(If yes, explain.)*   ☐ yes ☑ no

| Name of Proposed Insured | Details |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

AGLC 1009.6-NJ                                                    Page 3 of 4

A-34

OCT. 12. 2005  8:27AM                                                    NO. 619    P. 14

| Statements and Signatures |
|---|

**Statement by the Proposed Insured(s)**

I have read the above statements or they have been read to me. They are true and complete to the best of my knowledge and belief. I understand that this application: (1) will consist of Part A, Part B, and if applicable, related forms; and (2) shall be the basis for any policy issued. I understand that any misrepresentation contained in this application and relied on by the Company may be used to reduce or deny a claim or void the policy if: (1) it is within its contestable period; and (2) such misrepresentation materially affects the acceptance of the risk. Except as may be provided in a Limited Temporary Life Insurance Agreement (LTLIA), I understand and agree that no insurance will be in effect pursuant to this application, or under any new policy issued by the Company, unless or until: the policy has been delivered and accepted; the full first modal premium for the issued policy has been paid; and there has been no change in the health of any proposed insured that would change the answers to any questions in the application.

I understand and agree that no agent is authorized to: accept risks or pass upon insurability; make or modify contracts; or waive any of the insurer's rights or requirements.

**Fraud**

Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**Proposed Insured(s) Signature(s)**

Signed at _(city, state)_ ___HARRESPORT   NJ___   On _(date)_ ___9-19-05___

X _____   X _____
Primary Proposed Insured _(if under age 15, signature of parent or guardian)_     Other Proposed Insured _(if under age 15, signature of parent or guardian)_

**Signature(s) of Interviewer(s)**

To be signed by all interviewers, as applicable

I certify that the information supplied by the proposed insured(s) has been truthfully and accurately recorded on the Part B application.

_____     _____
Writing Agent Name _(please print)_                    Writing Agent #

X _____     X _____
Writing Agent Signature                               Countersigned _(Licensed resident agent if state required)_

I certify that the information supplied by the proposed insured(s) has been truthfully and accurately recorded on the Part B application.

_____     _____
Other Company Representative Name _(please print)_          Company

X _____
Other Company Representative Signature

**Paramedical Examiner/Medical Doctor Signature**

Agent should inform paramed or medical doctor of proper location to send form upon completion.

I certify that this exam was conducted the _____ day of _____, 20_____ at _____ ☐ am ☐ pm

Examiner's Address    _____

Examiner's Phone #    ( _____ ) _____

Examiner's Name       _____

Examiner's Signature  X _____

Paramed:  Use company stamp below.

AGLC 100.166-NJ

Page 4 of 4

A-35

OCT. 12. 2005  8:27AM                                          NO. 619    P. 15

## Physical Measurements

**1.  Primary Proposed Insured**

A. Name _____

B. Build: Height *(in shoes)* _____ ft, _____ in.    Weight *(clothed)* _____ lbs. *(Please weigh insured.)*

C. Blood Pressure *(Record all readings.)*
If blood pressure exceeds 140/90, please repeat determination at end of examination and record in space provided.
Treated  ☐ yes  ☐ no    Rx _____

|  | Initial Measurement | Repeat Measurement |
|---|---|---|
| Systolic BP | | |
| Diastolic 5th Phase BP | | |
| Pulse Rate | | |
| Irregularities Per Min. | | |

D. Other *(Males only)*:  Chest *(Full Inspiration)* _____    Chest *(Forced Expiration)* _____    Abdomen *(at Umbilicus)* _____

**2.  Other Proposed Insured**

A. Name _____

B. Build: Height *(in shoes)* _____ ft, _____ in.    Weight *(clothed)* _____ lbs. *(Please weigh insured.)*

C. Blood Pressure *(Record all readings.)*
If blood pressure exceeds 140/90, please repeat determination at end of examination and record in space provided.
Treated  ☐ yes  ☐ no    Rx _____

|  | Initial Measurement | Repeat Measurement |
|---|---|---|
| Systolic BP | | |
| Diastolic 5th Phase BP | | |
| Pulse Rate | | |
| Irregularities Per Min. | | |

D. Other *(Males only)*:  Chest *(Full Inspiration)* _____    Chest *(Forced Expiration)* _____    Abdomen *(at Umbilicus)* _____

## Report By Examining Medical Doctor

**Instructions to doctor:**

To be completed in private by doctor only. This report is confidential between the Company and the doctor.  Examination of heart and lungs must be with stethoscope against bare skin.

1.  Name of person examined _____

2.  Did you weigh proposed insured?                                                    ☐ yes ☐ no

3.  Is appearance unhealthy or older than stated age?                                  ☐ yes ☐ no

4.  Heart

a.  Is there any cyanosis, edema, or evidence of peripheral vascular disease, arteriosclerosis or other
cardiovascular disorder?                                                              ☐ yes ☐ no

b.  Is heart enlarged? *(If yes, describe.)* _____   ☐ yes ☐ no

c.  Is murmur present? *(If yes, complete 4d.)* _____    ☐ yes ☐ no

d.  Before exercise, murmur is:

☐ Constant    Transmitted to where? _____

☐ Inconstant  Localized at:    ☐ Apex    ☐ Base    ☐ Elsewhere

☐ Systolic *(Give details.)* _____

☐ Diastolic    Murmur grade:  1/6    2/6    3/6    4/6    5/6    6/6    *(please circle)*

After valsalva, murmur is:

☐ Unchanged    ☐ Decreased    ☐ Increased    ☐ Absent

Your impression _____

A/GLC 10056(3-NJ                                                                      Exam page 1

A-36

OCT. 12. 2005  8:27AM                                                    NO. 619    P. 16

**Report by Examining Medical Doctor (continued)**

5. Has this examination revealed any abnormality of the following: (**Circle** applicable items if listed.)

   a) Eyes, ears, nose, mouth and throat? (If vision or hearing markedly impaired, indicate degree and correction.)  ☐ yes ☐ no
   b) Endocrine system (including thyroid)?  ☐ yes ☐ no
   c) Nervous system (including reflexes, gait, paralysis)?  ☐ yes ☐ no
   d) Respiratory system?  ☐ yes ☐ no
   e) Abdomen (including scars)?  ☐ yes ☐ no
   f) Genito-urinary system?  ☐ yes ☐ no
   g) Skin (including scars), lymph nodes, blood vessels (including varicose veins)?  ☐ yes ☐ no
   h) Musculoskeletal system (including spine, joints, amputations, deformities)?  ☐ yes ☐ no

6. Do you have any pertinent information not disclosed above? (If yes, describe in question 9.)  ☐ yes ☐ no

7. Have any of the following been completed in conjunction with this exam?  ☐ yes ☐ no
   ☐ Blood   ☐ Urine   ☐ EKG   ☐ Stress Test   ☐ Chest x-ray

8. Specimen kit
   Please indicate where and when specimen kit was sent    ☐ CRL   ☐ Other _____   Date mailed _____

9. Details of yes answers to Questions 1–6

   _____
   _____
   _____
   _____
   _____
   _____

10. Are you related to the proposed insured by blood or marriage or do you have any business or professional
    relationship with the proposed insured?  (If yes, explain.)  ☐ yes ☐ no

   _____

| **Signatures** |
|---|

**Paramedical Examiner/Medical Doctor Signature**

I certify that this exam was conducted the _____ day of _____, 20_____, at _____ ☐ am ☐ pm

Location of Exam    _____

Authorized By    _____

Examiner's Address    _____

Examiner's Phone #    _____

Examiner's Name    _____

Examiner's Signature    **X** _____

**Paramed:  Use company stamp below.**

AGLC 100166-NJ

Exam page 2

A-37

# AMERICAN GENERAL LIFE
## Insurance Company
A Stock Company

This is a FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE POLICY. Adjustable Death Benefit is payable upon the Insured's death prior to the Maturity Date. Premium payments are flexible and payable to the Maturity Date. ACCUMULATION VALUES and CASH VALUES are flexible and will be based on the amount and frequency of premiums paid, and the amount of interest credited. Policy contains a current interest bonus. NONPARTICIPATING- NOT ELIGIBLE FOR DIVIDENDS.

For Information, Service or to make a Complaint

Contact your Servicing Agent, or our Policyowner Service Department

**2727–A Allen Parkway**
**P.O. Box 1931**
**Houston, Texas 77251**
**1-800-231-3655**

03329

A-38