# EXHIBIT C

# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER - HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

## BUREAU of VITAL STATISTICS

**RAISED SEAL**

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2020133520      **DATE ISSUED:** AUGUST 4, 2020

**DECEDENT INFORMATION**      **DATE FILED:** AUGUST 4, 2020

NAME: MEYER MAGID

DATE OF DEATH: JULY 21, 2020      SEX: MALE      SSN: ▮▮▮-9954      AGE: 100 YEARS

DATE OF BIRTH: ▮▮▮ 1919      BIRTHPLACE: NEW YORK, NEW YORK, UNITED STATES

PLACE OF DEATH: ASSISTED LIVING

FACILITY NAME OR STREET ADDRESS: HARBOUR'S EDGE

LOCATION OF DEATH: DELRAY BEACH, PALM BEACH COUNTY, 33483

RESIDENCE:      COUNTY: PALM BEACH

OCCUPATION, INDUSTRY: PRESIDENT, BOSTONIAN SHOE COMPANY

EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE      EVER IN U.S. ARMED FORCES? YES

HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN

RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION

**(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)**

MARITAL STATUS: WIDOWED

SURVIVING SPOUSE NAME: NONE

FATHER'S/PARENT'S NAME: ISADORE MAGID

MOTHER'S/PARENT'S NAME: SONYA ZEIGERMAN

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: TORREY FISHMAN, ESQ

RELATIONSHIP TO DECEDENT: GRANDSON

INFORMANT'S ADDRESS:

FUNERAL DIRECTOR/LICENSE NUMBER: BRIAN E. FALVEY, F083740

FUNERAL FACILITY: RIVERSIDE - STANETSKY MEMORIAL CHAPELS F041558

     7205 WEST ATLANTIC AVE, DELRAY BEACH, FLORIDA 33446

METHOD OF DISPOSITION: REMOVAL FROM STATE

PLACE OF DISPOSITION: CONGREGATION KTI CEMETERY

     GREENWICH, CONNECTICUT

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN      MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE

TIME OF DEATH (24 HOUR): 1300      DATE CERTIFIED: AUGUST 1, 2020

CERTIFIER'S NAME: NOEMI MARGARYAN

CERTIFIER'S LICENSE NUMBER: ME116813

NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL

CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH

a. ACUTE MYOCARDIAL INFARCTION      2 DAYS

b. ATHEROSCLEROTIC HEART DISEASE      20 YEARS

c.

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? NO      AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?

DATE OF SURGERY:      DID TOBACCO USE CONTRIBUTE TO DEATH? NO

REASON FOR SURGERY:

PREGNANCY INFORMATION: NOT APPLICABLE

DATE OF INJURY: NOT APPLICABLE      TIME OF INJURY (24 HOUR):      INJURY AT WORK?

LOCATION OF INJURY:

DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:

IF TRANSPORTATION INJURY, STATUS OF DECEDENT:      TYPE OF VEHICLE:

*STATE REGISTRAR*

REC: 2021785935

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

VOID IF ALTERED OR ERASED

* 5 6 2 0 8 5 7 0 *

CERTIFICATION OF VITAL RECORD

SIGNATURE OF BEARER/SIGNATURE DE TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT
PASSEPORT
PASAPORTE
USA

UNITED STATES OF AMERICA

P

MAGID

MEYER

UNITED STATES OF AMERICA

1919

M          NEW YORK, U.S.A.

2004

2014                                    Miami
                                        Passport Agency

See Page 24





P<USAMAGID<<MEYER<<<<<<<<<<<<<<<<<<<<<<<<<<



*The New York Times*

🔍 Search by Name

# MIKE MAGID





**M**AGID--Meyer "Mike" (█████████, 1919 - July 21, 2020), passed away at age 100. A captain of industry, the patriarch of his family, and one of the greatest members of the Greatest Generation, Mike was born in Williamsburg, Brooklyn. The youngest of three sons, he left college to support his family. During WWII, he enlisted in the U.S. Army Air Force, and as a Captain, he worked on the Manhattan Project, vetting scientists and civilians, fighting both the Axis powers and the racism and anti-Semitism of his colleagues and commanding officer without hesitation. In his career, he was a leader in the retail and shoe industries, including W.R. Grace, and Bostonian Shoes. He married Helaine Goldberg, a childhood friend, on August 6, 1944, and together for 55 years, they raised a family and traveled the world. She predeceased him in 1999. Mike was known for his commitment to health and fitness, even into his early 90s. Together with seven other families, Mike co-founded the Rye Community Synagogue. Today it has over 1,500 members. He is survived by his daughters Margo Magid, Donna Magid, and Kim Magid, two grandchildren Whitney Fishman Zember and Torrey A. Fishman, two great-grandchildren, Max and Sam Zember, his sister-in-law, Carol Goldberg, his niece Joan Quittner and his nephews Richard Magid, Bart Goldberg, and Todd Goldberg.

Published by New York Times on Aug. 2, 2020.

