# EXHIBIT D



*Insurance Service Center for:*

**American General Life Insurance Company**

April 21, 2021

040/H

WILMINGTON TRUST NA AS SECURITIES INTERMEDIARY
ATTN:  JOHN WALLEN
300 PARK ST STE 390
BIRMINGHAM, MI 48009

Contract Number:   UM0023684L, UM0039913L
Insured:           MEYER MAGID

DEAR WILMINGTON TRUST NA AS:

We have completed our review on the policies listed above.

According to American General's records, policy UM0023684L was issued on 02/20/2006 and policy UM0039913L was issued on November 7, 2005.  Both policies were issued with coverage of $5,000,000.  On the application for these policies, the insured's date of birth was reported as ▬▬▬▬ 1921.  These policies were issued with maturity dates of February 20, 2022 and November 7, 2021.

American General has received a certified death certificate showing Meyer Magid's date of birth was ▬▬▬▬ 1919.  It is American General's understanding Meyer Magid's obituary also shows an ▬▬▬▬ 1919 date of birth.  The insured died on July 21, 2020.

The policies were issued on a sex distinct basis.  The policies provide on their page 15, in pertinent part:

**"Age or Gender incorrectly Stated (Age Incorrectly Stated if Issued on a Gender Neutral Basis).** If the: (1) age or gender of the Insured (If this policy was issued on a Sex Distinct Basis); . . . has been misstated to Us.  We will adjust the excess of the Death Benefit Amount over the Accumulation Value on the date of death to that which would have been purchased by the Monthly Deduction for the policy month of death at the correct cost of insurance rate.  By age, We mean age nearest birthday as of the Date of Issue."

The policies further provides on their page 5:

"**Death Benefit Proceeds.**  If the Insured dies prior to the Maturity Date and while this policy is in force.  We will pay the Death Benefit Proceeds to the Beneficiary. . ."

On page 12, the policies also provide:

". . . Proceeds means the amount payable on:  1. The Maturity Date; 2. Exercise of the full surrender benefit; or
3. The Insured's death.
The Proceeds on the Maturity Date will be the Cash Surrender Value. . ."

Therefore, based upon a date of birth of ▬▬▬▬ 1919, the policies matured on February 20, 2020

U40CL54

**American General Life Insurance Company**
A member of American International Group, Inc (AIG)
PO Box 818100 | Cleveland, OH 44181 | 1.844.452.3832 | Fax 855.601.1834



*Insurance Service Center for:*

**American General Life Insurance Company**

and November 7, 2019 respectively.

The age adjusted cash surrender/maturity values on February 20, 2020 and November 7, 2019 would have been $134,138.26 and $174,878.23 respectively. In addition to this, premiums received after the date of death will be refunded in the amounts of $453,399.36 and $647,410.00 respectively. Checks in the amounts of $587,537.62 and $822.288.23 respectively will be issued to you and mailed under separate cover.

American General has on multiple occasions requested a copy of the birth certificate for Meyer Magid so it could ascertain whether the date of birth reported on the application was misstated. To date, the only official document available to us is the death certificate which indicates the date of birth was ▮▮▮▮▮▮▮▮ 1919. American General has decided to make this payment because it does not wish its consideration of your claim to be further delayed.

This company's payments are without prejudice to your claim for the full policy benefits. If you can establish that the insured's date of birth was ▮▮▮▮▮▮▮▮1921 as set forth on the applications for insurance, please provide evidence of the same. That evidence, would, at a minimum, appear to be a certified birth certificate. Please forward any evidence that would support your claim and we will be pleased to consider it.

If you should have any questions, please do not hesitate to contact our office at 1.844.452.3832.

Sincerely,

INDIVIDUAL CLAIMS DEPARTMENT

U40CL54

**American General Life Insurance Company**
A member of American International Group, Inc (AIG)
PO Box 818100 | Cleveland, OH 44181 | 1.844.452.3832 | Fax 855.601.1834