# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> WILMINGTON TRUST, NATIONAL ASSOCIATION, <br><br> Defendants. <br><br> WILMINGTON TRUST, NATIONAL ASSOCIATION, <br><br> Defendant/Counter-Plaintiff, <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff/Counter-Defendant. | C.A. No. 1:22-cv-01092-GBW |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT PROPOSED SCHEDULING ORDER

WHEREAS, the Court has ordered that the parties submit a joint Proposed Scheduling Order by August 11, 2023; and

WHERAS, the parties have exchange proposals for a joint Proposed Scheduling Order; and

WHEREAS, the parties would like additional time to "meet and confer" on the proposals;

The parties hereby respectfully request that this Honorable Court extend the deadline to file a joint proposed Scheduling Order through and including August 14, 2023.

Respectfully submitted this 11th day of August, 2023.

/s/ Steven L. Caponi
Steven L. Caponi (Bar ID No. 3484)
K&L GATES LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
T: (302) 416-7080
Steven.caponi@klgates.com

Attorneys for Defendant/Counter-
Plaintiff

/s/ Sean J. Bellew
Sean J. Bellew (Bar ID No. 4072)
BELLEW LLC 2961 Centerville Road,
Suite 302 Wilmington, DE 19808
T: (302) 353-4951
sjbellew@bellewllc.com

Attorneys for Plaintiff/Counter-
Defendant

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge