IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>Defendant. | C.A. No. 22-1092-GBW |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 10, 2024, true and correct copies of (1) *Defendant's First Request for Production of Documents* and (2) *Defendant's First Set of Interrogatories to Plaintiff* were served via electronic mail upon the counsel of record:

> Sean J. Bellew
> Bellew LLC
> Red Clay Center at Little Falls
> 2961 Centerville Rd, Suite 302
> Wilmington, DE  19808

Dated:  January 10, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE  19801
Phone:  (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

*Counsel for Defendant*