# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON TRUST, NATIONAL ASSOCIATION, <br><br> Defendant. | C.A. No. 1:22-cv-01092-GBW |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, <br><br> Defendant/Counter-Plaintiff, <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff/Counter-Defendant. | |

## **RULE 5.4 NOTICE OF SERVICE OF DISCOVERY**

Pursuant to Rule 5.4 of the Local Rules, Plaintiff/Counter-Defendant American General Life Insurance Company ("American General") hereby certifies that on January 26, 2024, American General served a copy of its First Set of Interrogatories,

07110104.1

First Set of Requests for Production, and First Set of Requests for Admission, upon the following counsel of Record via electronic mail and United States mail:

Steven L. Capori
Matthew B. Goeller
Megan E. O'Connor
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE  19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com


Date:  January 26, 2024

          Respectfully submitted,

           /s/ Sean J. Bellew
          _____
          Sean J. Bellew (Bar ID No. 4072)
          BELLEW LLC
          2961 Centerville Road, Suite 302
          Wilmington, DE 19808
          T: (302) 353-4951
          sjbellew@bellewllc.com


          Christopher C. Frost (*pro hac vice*)
          Elizabeth S. Pilcher (*pro hac vice*)
          MAYNARD NEXSEN P.C.
          1901 Sixth Avenue North, Suite 1700
          Birmingham, AL 35203
          T: (205) 254-1000
          F: (205) 254-1999
          cfrost@maynardnexsen.com
          epilcher@maynardnexsen.com

          *Attorneys for Plaintiff/Counter-Defendant American General Life Insurance Company*

071110104.1