IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>Defendant.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>Defendant/Counter-Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff/Counter-Defendant. | C.A. No. 1:22-cv-01092-GBW |

**JOINT MOTION FOR EXTENSION OF DEADLINES**

Pursuant to Local Rule 16.4, American General Life Insurance Company ("American General") and Wilmington Trust, N.A., as Securities Intermediary ("Securities Intermediary") (collectively the "Parties") hereby jointly move this Honorable Court for an Order extending the deadlines in the Joint Scheduling Order (ECF 45) by roughly seventy-five (75) days. In support of this Joint Motion, the Parties state as follows:

1. The Parties seek a seventy-five (75) day extension of the remaining pretrial deadlines in the Joint Scheduling Order (ECF 45).

2. Following entry of the Scheduling Order, the Parties have diligently engaged in

discovery. Among other things, the Parties have exchanged and responded to written discovery, have produced documents, have prepared third party subpoenas and are conferring on dates for noticing party and third-party depositions. Moreover, the Parties have cooperatively worked toward resolving and/or narrowing various discovery issues that have arisen through the meet-and-confer process in a good faith effort to avoid unnecessarily burdening the Court.

3. Despite the significant discovery that has been conducted, the Parties respectfully submit that they cannot reasonably complete the remaining discovery needed within the current schedule.

4. Good cause exists for granting the requested extension because it will allow the Parties time to resolve and/or narrow the discovery issues at issue and to complete fact and expert discovery in an orderly manner. Moreover, the involvement of third-parties in discovery in this case pose extra scheduling challenges to the orderly completion of discovery.

5. The Parties have not unreasonably delayed in seeking discovery or this extension, nor is this extension request being sought for purposes of delay or any other improper purpose. No party will suffer prejudice by the requested extension.

NOW THEREFORE, it is hereby stipulated and agreed by the Parties hereto, subject to Court approval, that the deadlines provided in the Court's Joint Scheduling Order (ECF 45), shall be extended by roughly seventy-five (75) days, as follows:

| Event | Current Deadline | Proposed Date |
|---|---|---|
| Fact Discovery Deadline | Aug. 30, 2024 | Nov. 15, 2024 |
| Opening Expert Reports | Sept. 20, 2024 | Dec. 6, 2024 |

| | | |
|---|---|---|
| **Rebuttal Expert Reports** | Oct. 23, 2024 | Jan. 10, 2025 |
| **Reply Expert Reports** | Nov. 8, 2024 | Jan. 24, 2025 |
| **Expert Depositions** | Dec. 6, 2024 | Feb. 21, 2025 |
| **Close of Expert Discovery** | Dec. 6, 2024 | Feb. 21, 2025 |
| **Dispositive Motion Deadline** | Jan. 24, 2025 | April 11, 2025 * |
| **Final Pretrial Conference** | June 3, 2025 | TBD * |
| **Trial Date** | June 9, 2025 | TBD * |

Respectfully submitted this the 17th day of September, 2024.

/s/ *Steven L. Caponi*
Steven L. Caponi
Matthew B. Goeller
Megan E. O'Connor
K&L Gates, LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
T: (302) 416-7000
Steven.caponi@klgates.com
Matthew.goeller@klgates.com
Megan.oconnor@klgates.com

*Attorneys for Wilmington Trust National Association*

\* Note: The extension requested by the parties does not leave the Court sufficient time to consider and rule on dispositive motions. Depending on if any and the number of dispositive motions filed, the Court may need to vacate and reschedule the dates for the Final Pretrial Conference and Trial Date. For now, the Court will leave the June 3, 2025 and June 9, 2025 with the understanding that those dates may need to be pushed back in the future due to the requested extension of the parties which the Court is granting herein.
/GBW/

/s/ Sean J. Bellew
Sean J. Bellew (Bar ID No. 4072)
2961 Centerville Road, Suite 302
Wilmington, DE 19808
T: (302) 353-4951
sjbellew@bellewllc.com

Christopher C. Frost (*pro hac vice*)
Elizabeth S. Pilcher (*pro hac vice*)
MAYNARD NEXSEN P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
T: (205) 254-1000
F: (205) 254-1999
cfrost@maynardnexsen.com
epilcher@maynardnexsen.com

*Attorneys for American General Life Insurance Company*

SO ORDERED, this 19th day of September, 2024

_____
UNITED STATES DISTRICT JUDGE

Please see Note on p.3.

- 4 -