IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) WILMINGTON TRUST, ) NATIONAL ASSOCIATION, ) ) Defendant. ) | CASE NO.: 1:22-1092-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 31, 2024, American General Life Insurance Company ("American General") served the following supplemental discovery responses on Wilmington Trust National Association ("Wilmington Trust"):

1. Supplemental Responses and Revised Objections to Wilmington Trust's First Requests for Production of Documents;

2. Supplemental Responses and Revised Objections to Wilmington Trust's Second Requests for Production of Documents;

3. Supplemental Responses and Revised Objections to Wilmington Trust's First Set of Interrogatories;

4. Supplemental Responses and Revised Objections to Wilmington Trust's Second Set of Interrogatories;

5. Supplemental Rule 26(A)(1) Initial Disclosures

The above referenced documents were served via electronic mail upon the counsel of record:

>Steven L. Caponi
>Matthew B. Goeller
>Megan E. O'Connor
>K&L Gates, LLP
>600 N. King Street, Suite 901
>Wilmington, DE  19801

*Attorneys for Wilmington Trust National Association*

Dated:  October 31, 2024,

>/s/Sean J. Bellew
>Sean J. Bellew (Bar ID No. 4072)
>2961 Centerville Road, Suite 302
>Wilmington, DE 19808
>T: (302) 353-4951
>sjbellew@bellewllc.com
>Christopher C. Frost (*pro hac vice*)
>Elizabeth S. Pilcher (*pro hac vice*)
>MAYNARD NEXSEN P.C.
>1901 Sixth Avenue North, Suite 1700
>Birmingham, AL 35203
>T: (205) 254-1000
>F: (205) 254-1999
>cfrost@maynardnexsen.com
>epilcher@maynardnexsen.com
>
>*Attorneys for American General Life Insurance Company*