IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO.: 1:22-1092-GBW |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, ) ) ) ) | |
| Defendant. ) | |

**NOTICE OF SERVICE OF EXPERT DISCLOSURES**

Plaintiff/Counter-Defendant American General Life Insurance Company ("American General") pursuant to Fed. R. Civ. P 26, hereby gives notice to this Court of its service via electronic mail and U.S. Mail on December 6, 2024 of its Rule 26 Expert Disclosure and Report of Jim Toole, FSA, CERA, MAAA.

Dated:  December 6, 2024,

/s/Sean J. Bellew
Sean J. Bellew (Bar ID No. 4072)
2961 Centerville Road, Suite 302
Wilmington, DE 19808
T: (302) 353-4951
sjbellew@bellewllc.com
Christopher C. Frost (*pro hac vice*)
Elizabeth S. Pilcher (*pro hac vice*)
MAYNARD NEXSEN P.C.

123757994.1-(Wynde Sanders)

1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
T: (205) 254-1000
F: (205) 254-1999
cfrost@maynardnexsen.com
epilcher@maynardnexsen.com

*Attorneys for American General Life Insurance Company*

123757994.1-(Wynde Sanders)