IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>Defendant. | C.A. No. 22-1092-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, on March 21, 2025, defendant Wilmington Trust National Association ("Defendant") filed a Letter to the Honorable Gregory B. Williams from Steven L. Caponi regarding Discovery Dispute (D.I. No. 69);

WHEREAS, Defendant's Letter requested an Order compelling Plaintiff to conduct additional discovery, sit for a deposition, and permit Defendant to disclose an expert beyond the deadline stated in the Court's Scheduling Order (D.I. No. 52);

WHEREAS, on March 25, 2025, plaintiff American General Life Insurance Company ("Plaintiff") filed a Letter to Honorable Gregory B. Williams from Sean J. Bellew regarding Discovery Dispute (D.I. No. 70);

WHEREAS, Plaintiff's letter opposed Defendant's motion and proposed an extension of the trial date to the Court's next available date to allow the parties time to mediate this dispute and further proposed that the Court require the parties to submit a status report following any mediation;

WHEREAS, on April 2, 2025, the Court denied Defendant's motion to compel; and

WHEREAS, the parties have agreed to extend the remaining scheduling deadlines, including the dispositive motion and trial dates, to pursue mediation.

323041527.1

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant subject to the approval of the Court, that:

1. The trial currently scheduled in this action for June 9–12, 2025 will be continued to the Court's next available trial date.

2. The dispositive motions deadline currently scheduled for April 11, 2025 will be rescheduled to ~~Aug. 1, 2025~~ July 11, 2025.

3. The parties will engage in a mediation by June 20, 2025.

4. If mediation is successful, the parties will file the appropriate stipulation of dismissal.

5. If mediation is not successful, the parties will file a joint status report within seven (7) calendar days of an unsuccessful mediation to inform the Court of the case posture and address, among other matters, the parties' respective positions on the propriety and scope of any potential additional pre-trial discovery.

6. The Court, at its discretion, may set a status conference following receipt of the parties' joint status report.

7. The following dates will be set by the Court for the Final Pretrial Conference and Trial Date:

Final Pretrial Conference: October 15, 2025 at 3:00 p.m.

Trial Date: October 21, 2025 (4 day Jury Trial)

2

Dated: April 4, 2025

**BELLEW LLC**

*/s/ Sean J. Bellew*
Sean J. Bellew (No. 4072)
2961 Centerville Road, Suite 302
Wilmington, DE 19808
Phone: (302) 535-4951
sjbellew@bellewllc.com

*Counsel for Plaintiff*

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. Hunt (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.hunt@klgates.com

*Counsel for Defendant*

**SO ORDERED** this 15th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE

3