IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>Defendant. | C.A. No. 22-1092-GBW |
| WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>Defendant/Counter-Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff/Counter-Defendant. | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
FOR BRIEFING DEADLINES**

WHEREAS, on April 11, 2025, defendant Wilmington Trust National Association ("Defendant") filed a Motion for Partial Summary Judgment on Counts I and II of the Counterclaims to the First Amended Complaint (D.I. 74) along with its opening brief in support thereof (D.I. 75), and a Motion to Exclude Testimony and Report of Jim Toole (D.I. 78) along with its opening brief in support thereof (D.I. 79);

WHEREAS, on April 25, 2025, plaintiff American General Life Insurance Company ("Plaintiff") filed its Answering Brief in Opposition to Defendant/Counter-Claim Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the Counterclaims to the First Amended Complaint (D.I. 84), its Answering Brief in Opposition to Defendant/Counter-Claim

Plaintiff's Motion to Exclude Testimony and Report of Jim Toole (D.I. 86), and a Motion to Strike Declaration of Scott Willkomm (D.I. 87); and

WHEREAS, the parties have agreed to a seven-day extension for Defendant to file its reply brief in support of its Motion for Partial Summary Judgment on Counts I and II of the Counterclaims to the First Amended Complaint, its reply brief in support of its Motion to Exclude Testimony and Report of Jim Toole and its opposition to Plaintiff's Motion to Strike Declaration of Scott Willkomm;

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant subject to the approval of the Court, that:

1. Defendant shall file its reply brief in support of Motion for Partial Summary Judgment on Counts I and II of the Counterclaims to the First Amended Complaint on May 9, 2025.

2. Defendant shall file its reply brief in support of Motion to Exclude Testimony and Report of Jim Toole on May 9, 2025.

3. Defendant shall file its opposition to Plaintiff's Motion to Strike Declaration of Scott Willkomm on May 9, 2025.

4. Plaintiff shall file its reply in support of Motion to Strike Declaration of Scott Willkomm on May 20, 2025.

Dated: April 29, 2025

| **BELLEW LLC** | **K&L GATES LLP** |
|---|---|
| */s/ Sean J. Bellew* | */s/ Steven L. Caponi* |
| Sean J. Bellew (No. 4072) | Steven L. Caponi (No. 3484) |
| 2961 Centerville Road, Suite 302 | Matthew B. Goeller (No. 6283) |
| Wilmington, DE 19808 | Megan E. Hunt (No. 6569) |
| Phone: (302) 535-4951 | 600 N. King Street, Suite 901 |
| sjbellew@bellewllc.com | Wilmington, DE 19801 |
| | Phone: (302) 416-7000 |
| *Counsel for Plaintiff* | steven.caponi@klgates.com |
| | matthew.goeller@klgates.com |
| | megan.hunt@klgates.com |
| | |
| | *Counsel for Defendant* |

**SO ORDERED** this ____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE