IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>   Plaintiff,<br>v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>   Defendant. | C.A. No. 22-1092-GBW |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**

WHEREAS, on April 15, 2025, the Court granted Plaintiff American General Life Insurance Company ("American General") and Defendant Wilmington Trust National Association' ("Wilmington") (collectively, "the Parties") Joint Stipulation to Extend Remaining Deadlines, D.E. 73 (Stipulation) and 81 (Order);

WHEREAS, the Court's Order set a mediation deadline of June 20, 2025, among other deadlines;

WHEREAS, thereafter the Parties jointly agreed on a mediator, Robert Katzenstein, and mutually scheduled mediation to take place on June 17, 2025;

WHEREAS, subsequent to the Parties' agreement, a conflict arose that precluded the Parties from mediating on the selected date; and

WHEREAS, the Parties conferred with the mediator and selected a new mutually agreeable mediation date of June 26, 2025.

IT IS HEREBY STIPULATED AND AGREED by the Parties subject to the approval of the Court, that:

1. The mediation deadline is extended to June 26, 2025, with a corresponding adjustment of the date for the Parties to submit a status report, if necessary.

2. All remaining deadlines remain unchanged.

Dated: June __, 2025

| | |
|---|---|
| **BELLEW LLC** | **K&L GATES LLP** |
| */s/ draft*_____ | */s/ draft*_____ |
| Sean J. Bellew (No. 4072) | Steven L. Caponi (No. 3484) |
| 2961 Centerville Road, Suite 302 | Matthew B. Goeller (No. 6283) |
| Wilmington, DE 19808 | Megan E. Hunt (No. 6569) |
| Phone: (302) 535-4951 | 600 N. King Street, Suite 901 |
| sjbellew@bellewllc.com | Wilmington, DE 19801 |
| | Phone: (302) 416-7000 |
| *Counsel for Plaintiff* | steven.caponi@klgates.com |
| | matthew.goeller@klgates.com |
| | megan.hunt@klgates.com |
| | |
| | *Counsel for Defendant* |

**SO ORDERED** this ____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE